IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Full-Fill Industries, L.L.C. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:23-cv-2016 |
| | ) |
| B&G Foods North America, Inc. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, B&G Foods North America, Inc. ("B&G Foods"), by and through their counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby file their Notice of Removal to remove this case from the Fifth Judicial Circuit Court of Vermilion County, Illinois (Case No. 2022LA68) to the United States District Court for the Central District of Illinois. In support of the removal of this matter, Defendant states the following:

**I.      BACKGROUND**

1.      On January 09, 2022, Plaintiff Full-Fill Industries, LLC commenced this action by filing a Complaint with Jury Demand in the Circuit Court for the Fifth Judicial Circuit of Illinois, Vermillion County, captioned *Full-Fill Industries, LLC v. B&G Foods North America, Inc.*, Case No. 2022LA68.

2.      Defendant B&G Foods North America ("B&G Foods") was served with the Summons and Complaint as of December 27, 2022.  True and correct copies of the Complaint, Summons, and all other accompanying materials filed in the State Court Action are attached hereto as **Exhibit A.**

3. No further proceedings in this matter have been held in the Fifth Judicial Circuit Court for Vermillion County.

4. Plaintiff's Complaint alleges three causes of action relating to breaches of contract between Plaintiff and B&G Foods, and a cause of action relating to promissory fraud. Complaint at ¶¶ 26, 36, 45, 54.

## II. GROUND FOR REMOVAL

5. Any civil action "of which the district courts of the United States have original jurisdiction" that is initially brought in state court may be removed to the local federal district court. 28 U.S.C. § 1441(a).

6. This action is removeable because the Court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000" and is between "citizens of a State and citizens or subjects of a foreign state." 28 U.S.C. § 1332.

7. This action satisfies both requirements of diversity of citizenship.

8. The amount in controversy exceeds $75,000. Complaint at ¶¶ 28, 38, 47, 56. Plaintiff alleges compensatory damages of nearly $2 million. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 87, 135 S. Ct. 547, 553 (2014) ("When a defendant seeks federal-court adjudication, the defendant's amount-in-controversy allegation should be accepted when not contested by the plaintiff or questioned by the court.").

9. Plaintiff is a limited liability company that is formed in Illinois and has its principal place of business in Illinois. Complaint at ¶ 2. Plaintiff has three individual members, two of whom are domiciled in Illinois and one of whom is domiciled in Indiana, and therefore, Plaintiff is a citizen of the states of Illinois and Indiana for jurisdictional purposes pursuant to 28 U.S.C. § 1332(c).

10. B&G Foods is a Delaware corporation and with its principal place of business and headquarters is in New Jersey. Accordingly, B&G Foods is a citizen of the states of Delaware and New Jersey for jurisdictional purposes. Complaint at ¶ 4.

### III. PROPRIETY OF REMOVAL

11. This action is removable to this Court under 28 U.S.C. § 1441 because this Court would have had original jurisdiction over Plaintiff's claims had Plaintiff elected to file the action initially in federal court. This Court is the United States District Court for the district and division embracing the place where the state court action is pending and is therefore the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

12. This Notice is filed with the Court within thirty days after B&G Foods was served the Complaint, in accordance with 28 U.S.C. § 1446(b). *See also Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S. Ct. 1322 (1999).

13. B&G Foods expressly reserves all its defenses and rights, and none of the foregoing shall be construed as in any way conceding the truth of any of Plaintiff's allegations or waiving any of B&G Foods's defenses. B&G Foods also reserve its right to amend or supplement this Notice of Removal.

14. Copies of all process and pleadings filed in this case and found in the files of the Fifth Judicial Circuit Court for Vermillion County are attached to the Verification of State Court Record filed with this Notice.

**PLEASE TAKE FURTHER NOTICE** that, promptly after filing this Notice of Removal in the Office of the Clerk of the United States District Court for the Central District of Illinois, B&G Foods will provide written notice thereof to Plaintiff and shall file a copy of the Notice of Removal bearing this Court's "FILED" stamp with the Clerk of the Fifth Judicial Circuit Court for Vermillion County, to effectuate the removal of this action to the United States District Court for the Central District of Illinois, pursuant to 28 U.S.C. §1446(d).

Dated: January 23, 2023

                                           Respectfully submitted,

/s/ Howard M. Kaplan
Howard M. Kaplan
howard@kaplangrady.com
KAPLAN & GRADY LLC
1953 N. Clybourn Ave., Ste. 274
Chicago, IL 60614
Telephone: (312) 852-2641

*Attorney for the Defendant,*
*B&G Foods North America, Inc.*

David H. Kwasniewski, Esq.
kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 963-4460
Facsimile: (415) 276-1808

*Pro Hac Vice Forthcoming*

*Attorney for the Defendant,*
*B&G Foods North America, Inc.*

4

**IV.     CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd of January, 2023, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system and caused a copy of the foregoing **NOTICE OF REMOVAL** to be served by e-mail and U.S. Mail on counsel for Plaintiff:

Ms. Debra Tucker, Esq.
THE TUCKER FIRM, LLC
540 North LaSalle Street
Chicago, IL 60654
(312) 202-0222
dtucker@thetuckerfirm.com

*Attorney for the Plaintiff,*
*Full-Fill Industries, L.L.C.*

/s/ Howard M. Kaplan
Howard M. Kaplan

*Attorney for the Defendant,*
*B&G Foods North America, Inc.*

David H. Kwasniewski, Esq.
kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 963-4460
Facsimile: (415) 276-1808

*Pro Hac Vice Forthcoming*

*Attorney for the Defendant,*
*B&G Foods North America, Inc.*