E-FILED
Monday, 23 January, 2023  10:20:23 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

## (Part 2 of 5)

**EXHIBIT 1**

**CONTRACT PACKING MASTER AGREEMENT
BETWEEN
THE J. M. SMUCKER COMPANY
AND
AMERICAN AERO FOODS, LLC**

This CONTRACT PACKING MASTER AGREEMENT ("Agreement") is made this 9th day of May, 2008 by and between The J. M. SMUCKER COMPANY and its affiliates, an Ohio corporation with its principal offices at Strawberry Lane, Orrville, Ohio 44667 ("Smucker"), and American Aero Foods, LLC, a Illinois limited liability company with its principal offices at 400 N. Main Street, Henning, IL 61848 and 840 Tourmaline Dr. Newbury Park, Ca 91320 (the "Supplier"). Effective as of July 1, 2008, this Agreement will restate and supercede that certain Contract Packing Master Agreement, dated December 1, 2005, by and between Smucker and Supplier, which agreement will terminate and be of no further force and effect.

1.  Recitals. Smucker is a manufacturer of food products with specialized knowledge and expertise in the development, manufacturing and marketing of jams, jellies, preserves, peanut butter, edible oils and shortening, baking products, beverages, sweetened condensed and evaporated milk, potato mixes, pancake mixes and syrups, and fruit and non-fruit ice cream and dessert toppings. The Supplier is a contract packer of food products in specialized packaging. Smucker wishes to have the Supplier pack for Smucker certain oil spray products, on the terms and conditions set forth below.

2.  Definitions. As used in this Agreement:

    2.1  "GMP Manual" means Smucker's good manufacturing practices manual, provided to the Supplier by Smucker, the provisions of which are incorporated in this Agreement by reference.

    2.2  "Initial Term" means the period beginning July 1, 2008, and ending June 30, 2010.

    2.3  "Location" means the Supplier's facility located at Henning, Illinois or such other facility as may be approved in advance by Smucker.

    2.4  "Production Run" means an order by Smucker for continuous production of the same type and pack style of Products.

    2.5  "Products" means *Crisco®* pan spray products sold under Smucker's brands and trademarks.

    2.6  "Purchase Orders" means purchase orders for the Products in written or

2

electronic format.

3

2.7 "Renewal Term" means a one-year term immediately following the Initial Term or the preceding Renewal Term, as the case may be, and collectively, all one-year terms following the initial term are "Renewal Terms".

2.8 "Term" means the Initial Term and all Renewal Terms, collectively.

2.9 "SLEA" means Site Level Execution Agreement that describes the processes and procedures related to the services to be provided pursuant to this Agreement. The parties will negotiate the terms of the SLEA in good faith and will attach the SLEA to this Agreement as <u>Exhibit A</u>.

3. <u>Term</u>. This Agreement will remain in effect during the Initial Term. Thereafter, this Agreement will renew automatically for each Renewal Term absent notice by either party of its intent to terminate this Agreement, which notice shall be delivered not less than one hundred twenty (120) days prior to the commencement of a Renewal Term to be effective as of the end of the then current Term.

4. <u>Products: Purchase Orders</u>. The Supplier will produce Products for Smucker, and Smucker agrees to purchase Products from the Supplier as set forth in this Agreement. From time to time during the Term, Smucker will place Purchase Orders with the Supplier. The Products which the Supplier will pack for Smucker, and which are covered by the terms of this Agreement, will be specified in the Purchase Orders. All terms regarding quantity, price, Product types and pack styles, and other necessary terms not set forth in this Agreement will be contained in Purchase Orders as mutually agreed upon by the parties. Purchase Orders will be and are hereby incorporated into this Agreement by reference and the terms of this Agreement will be controlling in the event of any inconsistency between terms of a Purchase Order and the terms of this Agreement.

5. <u>The Supplier's Duties</u>.

5.1 The Supplier will produce, package, label, and handle the Products only at the Location (unless otherwise agreed to by Smucker), in accordance with the terms of this Agreement, the product specifications, if any, in the relevant Purchase Order, the GMP Manual, and the SLEA.

5.2 The Supplier will adhere to any and all regulatory requirements for the production of the Products, and will at Smucker's request make available to Smucker the results of regulatory inspections and sanitation audits conducted at the Location during the term of this Agreement. The Supplier will maintain pest control, sanitation practices, kosher, and allergen labeling consistent with governmental requirements, accepted industry standards, and all requirements of the GMP Manual. In addition, the Supplier will store oil in a dedicated tank.

4

5.3 The Supplier, at all times during reasonable business hours when it is performing any of its services, will permit Smucker to maintain a representative or representatives in all facilities where Smucker ingredients, packaging materials, or Products are stored and processed, and to inspect the facilities and procedures to assure that they are consistent with the terms hereof. If Smucker determines that the Supplier has failed to fulfill any of the requirements set forth herein, then Smucker will give the Supplier written notice of such deficiency and the Supplier will take immediate corrective action.

5.4 The Supplier will perform the following services for Smucker, at no additional cost to Smucker during the term of this Agreement:

    a) Purchasing of and making payment for all ingredients and packaging materials required for production of the Products which are not supplied by Smucker hereunder as set forth in Section 6;

    b) Sampling, testing, and approval of incoming raw materials, pursuant to Smucker's product specifications;

    c) Sampling, testing, and approval of finished Products pursuant to the procedures provided by Smucker;

    d) Relaying to Smucker production, quality, and accounting information within three days of completion of each Production Run;

    e) Providing Smucker with an accurate inventory count of all raw materials provided by Smucker and remaining in the Supplier's possession within two weeks of the completion of each Production Run;

    f) Providing an accurate inventory count of all finished Products in the Supplier's possession at the end of each calendar month.

5.5 No Products will be shipped to Smucker unless they have been produced, tested and approved according to the provisions of this Agreement. Products will be shipped to Smucker only upon Smucker's receipt of a Certificate of Analysis and any other documentation required by the SLEA.

6. Smucker's Duties. Smucker will provide the Supplier with raw materials oils as specified in the relevant Purchase Orders.

7. Production Schedule.

    7.1 The SLEA set forth in Exhibit A sets forth certain minimum requirements for material procurement, including contact information, Product ordering

and scheduling requirements and order communication requirements.

    7.2    The Supplier will produce to the order quantities and schedule requested by Smucker in the relevant purchase orders issued by Smucker from time to time. If requested Product quantities are not met due to production line downtime or any failures under the Supplier's control and responsibility, the Supplier will take measures, at its cost, to make up the shortages. If Product shortages are due in any way to conditions under Smucker's control and responsibility, Smucker will provide direction on whether and how to make up the shortage and will be responsible for any associated incremental cost.

    7.3    The Supplier will reserve adequate production line time to assure that Smucker's production needs will be met in full and on time. Smucker will provide a rolling forecast to Supplier to assist Supplier in assuring adequate production line time. A binding purchase order will be executed four (4) weeks before a production run is scheduled.

    7.4    The Supplier agrees to provide to Smucker information and reports, in a format and on a frequency requested by Smucker and agreed to by the Supplier. Costs for such services will be included in the Supplier's price as referenced in Exhibit B. Smucker shall have the right to withhold payment if Supplier fails to provide information or reports as mutually agreed. Smucker reserves the right to reduce or discontinue its purchases under this Agreement, its extensions or related purchase orders, if the Supplier fails to meet information or reporting requirements on a recurring basis.

    8.    Losses. The Supplier will be allowed maximum 5% percentage loss factor for Smucker-owned ingredients. The Supplier will reimburse Smucker the value of all Product ingredients used by variances exceeding the standards set forth in the applicable Purchase Order. Losses, if any, will be determined and paid on a quarterly basis.

9.    Pallets. The Supplier will store and ship all Products on 40" x 48" CHEP pallets that are clean and in good working condition. The Supplier is responsible for maintaining a pallet exchange program with Smucker's designated distribution center.

10.    Terms of Payment and Delivery.

    10.1    The fees payable to the Supplier by Smucker under this Agreement will be provided in Exhibit B under the heading "Total". Fees payable will be determined by the type and quantity of Product produced under this Agreement and will be calculated on a per case of Product basis.

    10.2    In the event there is a change in the cost of raw materials for the Products,

as such costs are set forth on Exhibit B under the heading "Assumptions", the Supplier will provide evidence to Smucker of the increase or decrease in cost in the form of a letter from the Supplier's supplier of such raw materials. The Supplier and Smucker will mutually agree whether there will be any upward or downward adjustment to the fees payable to the Supplier by Smucker, and Exhibit B will be modified accordingly. Such fee adjustment will take effect 30 days following receipt of such evidence of price change by Smucker.

10.2  The Supplier will bill Smucker for all per case contract packing fees upon shipment of Products.