E-FILED
Monday, 23 January, 2023  10:20:23 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

## (Part 4 of 5)

**EXHIBIT 3**

| | | | | | | | | PREV. | JM Smucker | | | | | | | ACTUAL COSTS PER THOUSAND UNITS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC 18, 2017 | | JM SMUCKER Pricing Matrix | | OIL ADJ. PER/CS. | NEW PRICE EFFECTIVE FEB 1, 2018 | OIL TYPE | OIL LBS/M USED | OIL COST | CONTRACT OIL/COST | CASE NEW-OLD | CASE PACK | COST/DIFF NEW-OLD | OIL COST | Butter Ing. | Other ING. | CAN | VALVE | Moritz Button | Shroud | Sleeve | CAP | Glue | CARTON | Pallet & Wrap | TOLL | TOTAL | TOTAL CASE COST | Savings |
| Code | Size | Product Description | Volume | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12/5 | Crisco Flour | | 0.0000 | $9.93 | Canola | 231.9844 | 0 | 0 | | 12 | 0 | $0.00 | | $83.72 | $388.91 | $77.35 | | | | $55.10 | | $22.12 | $10.00 | $190.00 | $827.20 | $9.93 | |
| | | | | | | | | | | | 12 | 0 | $0.00 | | $83.72 | $316.20 | $79.82 | | | | $45.00 | | $22.12 | $10.00 | $190.00 | $746.86 | $8.96 | $0.97 |
| 70601 | 6/14 | Crisco ProSpray | | 0.0000 | $5.86 | Canola | 696.7589 | 0 | 0 | | 6 | 0 | $0.00 | | $102.04 | $396.62 | $78.50 | | | | $80.05 | | $48.76 | $10.00 | $260.00 | $975.97 | $5.86 | |
| | | | | | | | | | | | 6 | 0 | $0.00 | | $102.04 | $321.20 | $79.82 | | | | $80.05 | | $48.76 | $10.00 | $260.00 | $901.87 | $5.41 | $0.45 |
| 70602 | 6/21 | Crisco ProSpray | | 0.0000 | $7.51 | Canola | 1039.026 | 0 | 0 | | 12 | 0 | $0.00 | | $152.17 | $598.56 | $80.50 | | | | $92.75 | | $57.54 | $10.00 | $260.00 | $1,251.52 | $7.51 | |
| | | | | | $5.93 | Canola | 1039.026 | 0 | 0 | | 6 | 0 | $0.00 | | $152.17 | $356.50 | $80.50 | | | | $80.05 | | $48.76 | $10.00 | $260.00 | $987.98 | $5.93 | |
| 11739 | 12/6 | Crisco Regular - Moritz | | 0.0000 | $10.69 | Canola | 306.5429 | 0 | 0 | | 12 | 0 | $0.00 | | $48.95 | $433.69 | $67.00 | $84.00 | $34.00 | $10.00 | $0.00 | $0.95 | $21.88 | $10.00 | $180.00 | $890.47 | $10.69 | |
| | | | | 0.0000 | $8.74 | Canola | 306.5429 | 0 | 0 | | 12 | 0 | $0.00 | | $48.95 | $316.20 | $65.07 | $33.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.88 | $10.00 | $180.00 | $728.30 | $8.74 | |
| 72004 | 12/6 | Crisco Butter - Moritz | | 0.0000 | $11.16 | Canola | 304.5663 | 0 | 0 | | 12 | 0 | $0.00 | $39.26 | $49.51 | $433.69 | $67.00 | $84.00 | $34.00 | $10.00 | $0.00 | $0.95 | $21.88 | $10.00 | $180.00 | $930.29 | $11.16 | |
| | | | | 0.0000 | $9.35 | Canola | 304.5663 | 0 | 0 | | 12 | 0 | $0.00 | $39.26 | $49.51 | $316.20 | $67.00 | $84.00 | $0.00 | $10.00 | $0.00 | $0.95 | $21.88 | $10.00 | $180.00 | $778.80 | $9.35 | |
| | | | | 0.0000 | $9.22 | Canola | 304.5663 | 0 | 0 | | 12 | 0 | $0.00 | $39.26 | $49.51 | $316.20 | $65.07 | $33.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.88 | $10.00 | $180.00 | $768.12 | $9.22 | $1.87 |
| 70583 | 12/5 | Crisco Olive Oil - Moritz | | 0.0000 | $10.59 | Olive Oil | 257.4961 | 0 | 0 | | 12 | 0 | $0.00 | | $41.04 | $433.69 | $67.00 | $84.00 | $34.00 | $10.00 | $0.00 | $0.95 | $21.88 | $10.00 | $180.00 | $882.56 | $10.59 | |
| | | | | 0.0000 | $8.77 | Olive Oil | 257.4961 | 0 | 0 | | 12 | 0 | $0.00 | | $41.04 | $316.20 | $67.00 | $84.00 | $0.00 | $10.00 | $0.00 | $0.95 | $21.88 | $10.00 | $180.00 | $731.07 | $8.77 | |
| | | | | 0.0000 | $8.64 | Olive Oil | 257.4961 | 0 | 0 | | 12 | 0 | $0.00 | | $41.04 | $316.20 | $65.07 | $33.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.88 | $10.00 | $180.00 | $720.39 | $8.64 | $2.16 |
| 5150055018 | 6/12 | Crisco Cook Pro | | 0.0000 | $5.88 | Canola | 0 | 0 | 0 | 0 | 6 | 0 | $0.00 | | $94.56 | $409.16 | $78.50 | $0.00 | $0.00 | $0.00 | $99.53 | $0.00 | $28.95 | $10.00 | $260.00 | $980.70 | $5.88 | |
| | | | | | | | | | | | 6 | 0 | $0.00 | | $94.56 | $321.20 | $79.82 | $0.00 | $0.00 | $0.00 | $92.42 | $0.00 | $28.95 | $10.00 | $260.00 | $886.95 | $5.32 | $0.56 |
| 5150055021 | 6/12 | Crisco Saute Expert | | 0.0000 | $5.88 | Canola | 0 | 0 | 0 | 0 | 6 | 0 | $0.00 | | $94.56 | $409.16 | $78.50 | $0.00 | $0.00 | $0.00 | $99.53 | $0.00 | $28.95 | $10.00 | $260.00 | $980.70 | $5.88 | |
| | | | | | | | | | | | 6 | 0 | $0.00 | | $94.56 | $321.20 | $79.82 | $0.00 | $0.00 | $0.00 | $92.42 | $0.00 | $28.95 | $10.00 | $260.00 | $886.95 | $5.32 | $0.56 |
| 5150055018 | 6/12 | Crisco Grill | | 0.0000 | $8.01 | Canola | 0 | 0 | 0 | 0 | 6 | 0 | $0.00 | | $448.42 | $409.16 | $78.50 | $0.00 | $0.00 | $0.00 | $99.53 | $0.00 | $28.95 | $10.00 | $260.00 | $1,334.56 | $8.01 | |
| | | | | | | | | | | | 6 | 0 | $0.00 | | $448.42 | $321.20 | $79.82 | $0.00 | $0.00 | $0.00 | $92.42 | $0.00 | $28.95 | $10.00 | $260.00 | $1,240.81 | $7.44 | $0.57 |
| 70608 | 6/21 | Crisco Pro Olive Oil | | 0.0000 | $7.30 | Olive Oil | 0 | 0 | 0 | 0 | 6 | 0 | $0.00 | | $139.40 | $598.56 | $80.50 | $0.00 | $0.00 | $0.00 | $80.05 | $0.00 | $48.76 | $10.00 | $260.00 | $1,217.27 | $7.30 | |

Oil Pricing Effective

| | |
|---|---|
| PHW SOYBEAN | 0 |
| SOYBEAN | 0 |
| CORN | 0 |
| Canola/Sun | 0 |
| OLIVE | 0 |

Green ---- Updated Toll Fees reduced by $5/m retail and $10/m Food Service

Yellow - Can Change, Eliminate Sleeve

Blue - Can Change to DSC, Eliminate Sleeve, Eliminate Moritz Button, Change Valve , Add Button , Add Cap

Orange - Can Change to DSC , Change Cap

Red - Can Change to DS CAN, Eliminate Sleeve, Eliminate Moritz Button, Valve w/button ON, Add Cap

BALL CAN - % Increase Beginning FEB 2018

**EXHIBIT 4**

**FULLFILL INDUSTRIES, LLC**
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 12/1/2021 |
| INVOICE NO | 158206 |

S
O  JMS002
L  B&G
D  CRISCO CIN
T  5204 SPRING GROVE
O  CINCINNATI, OH 45217

S
H  CINCINNATI
I  B&G
P  CRISCO CIN-S MURRAY ROAD
T  401 MURRAY ROAD
O  CINCINNATI, OH 45217

**TOTAL DUE**   21,524.66

this is for customer PO 1239104 and 1239105
this invoice is the total of both

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 1/15/2022 | 12/1/2021 | 00062655 | 11/22/2021 | FF00080225 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 6501243/1239167 | Benefit 14:00 | 12/1/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000361025 | | 0 | CASE | 1,926.0000 | 1,926.0000 | 9.22000 | 17,757.72 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 131660503 | | | | | 39.0000 | | |
| 132360503 | | | | | 1,887.0000 | | |
| 1000360025 | | 0 | CASE | 431.0000 | 431.0000 | 8.74000 | 3,766.94 |
| 5150011739 12/6 oz Crisco Orig Spry | | | | | | | |
| Lot No | | | | | | | |
| 128060506 | | | | | 31.0000 | | |
| 128160506 | | | | | 69.0000 | | |
| 130260503 | | | | | 100.0000 | | |
| 130360503 | | | | | 231.0000 | | |
| CHEP | | 0 | PALL | 27.0000 | 27.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 21,524.66 | 0.00 | 0.00 | 0.00 | 21,524.66 |
| | | | | TOTAL DUE | 21,524.66 |

2:23-cv-02016-CSB-EIL   # 1-4   Page 6 of 31

FULLFÍLL
INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

PAGE                1

INVOICE DATE     12/2/2021
INVOICE NO       158223

S  JMS002
O  B&G
L  CRISCO CIN
D  5204 SPRING GROVE
   CINCINNATI, OH 45217
T
O

S  CINCINNATI
H  B&G
I  CRISCO CIN-S MURRAY ROAD
P  401 MURRAY ROAD
   CINCINNATI, OH 45217
T
O

TOTAL DUE     24,194.40

customer PO 1239102 OX

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | | |
|------|------|----------|---------------|----------|------------|---------|---|---|
| | | 1/16/2022 | 12/2/2021 | 00062656 | 11/22/2021 | FF00080270 | | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | | SHIP VIA | | | SHIP DATE |
|-------------------|---|----------------|---|---|----------|---|---|-----------|
| NET 45 | | 6501240/1239164 | | | Global Tran 14:00 | | | 12/2/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|---|-------|-------|---------|---------|------------|-----------|
| 1000388015 | | 0 | CASE | 4,080.0000 | 4,080.0000 | 5.93000 | 24,194.40 |
| 5150070604 6/17 oz Crisco Pro Spray | | | | | | | |
|    Lot No | | | | | | | |
|    132360501 | | | | | 4,080.0000 | | |
| CHEP | | 0 | PALL | 30.0000 | 30.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---------|------------|---------|-----------|------|-------|
| 0.00 | 24,194.40 | 0.00 | 0.00 | 0.00 | 24,194.40 |

TOTAL DUE     24,194.40

FULLFILL
INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | | |
|---|---|---|
| **PAGE** | 1 | |
| **INVOICE DATE** | 11/29/2021 | |
| **INVOICE NO** | 158183 | |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**     22,866.08

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 1/13/2022 | 11/29/2021 | 00062657 | 11/22/2021 | FF00080195 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | | SHIP VIA | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 6501241/1239165 | | | Benefit 13:00 | | 11/29/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000388015 | | 0 | CASE | 3,856.0000 | 3,856.0000 | 5.93000 | 22,866.08 |
| 5150070604 6/17 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 131060501 | | | | | 78.0000 | | |
| 132360501 | | | | | 3,778.0000 | | |
| CHEP | | 0 | PALL | 29.0000 | 29.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 22,866.08 | 0.00 | 0.00 | 0.00 | 22,866.08 |
| | | | | **TOTAL DUE** | 22,866.08 |

**FULLFILL** INDUSTRIES, LLC

CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 11/30/2021 |
| INVOICE NO | 158193 |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE      60,720.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 1/14/2022 | 11/30/2021 | 00062658 | 11/22/2021 | FF00080211 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1239097 | Benefit 10:00 | 11/30/2021 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000362025 | 0 | CASE | 4,800.0000 | 4,800.0000 | 12.65000 | 60,720.00 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | |
| Lot No | | | | | | |
| 131060506 | | | | 56.0000 | | |
| 132360506 | | | | 4,744.0000 | | |
| CHEP | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 60,720.00 | 0.00 | 0.00 | 0.00 | 60,720.00 |

TOTAL DUE      60,720.00

 Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61846-0158

CU-RSPO SCC-847461

(217)-286-3532

| | | |
|---|---|---|
| **PAGE** | 1 | |
| **INVOICE DATE** | 11/29/2021 | |
| **INVOICE NO** | 158184 | |

```
S   JMS002
O   B&G
L   CRISCO CIN
D   5204 SPRING GROVE
    CINCINNATI, OH 45217
T
O
```

```
S   CINCINNATI
H   B&G
I   CRISCO CIN-S MURRAY ROAD
P   401 MURRAY ROAD
    CINCINNATI, OH 45217
T
O
```

**TOTAL DUE**     33,384.61

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 1/13/2022 | 11/29/2021 | 00062659 | 11/22/2021 | FF00080189 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 1239098 | | Benefit 10:30 | | | 11/29/2021 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| CHEP | 0 | PALL | 52.0000 | 52.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |
| 1000377015 | 0 | CASE | 194.0000 | 194.0000 | 7.44000 | 1,443.36 |
| 5150055026 6/12 oz Crisco Grl Mastr | | | | | | |
| Lot No | | | | | | |
| 127460501 | | | | 194.0000 | | |
| 1000362025 | 0 | CASE | 2,525.0000 | 2,525.0000 | 12.65000 | 31,941.25 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | |
| Lot No | | | | | | |
| 132360506 | | | | 2,525.0000 | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 33,384.61 | 0.00 | 0.00 | 0.00 | 33,384.61 |
| | | | | **TOTAL DUE** | 33,384.61 |

**EXHIBIT 5**

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 12/9/2021 |
| INVOICE NO | 158343 |

S O L D T O
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P T O
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE        41,952.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | | |
|---|---|---|---|---|---|---|---|---|
| | | 1/23/2022 | 12/9/2021 | 00062853 | 12/6/2021 | FF00080416 | | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | | SHIP DATE |
|---|---|---|---|---|---|---|---|---|
| NET 45 | | 1241766/1241865 | | MNS1 12:00 | | | | 12/9/2021 |

| ITEM ID | | TX CL UNITS | | ORDERED | SHIPPED | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1000360025 | | 0 CASE | | 4,800.0000 | 4,800.0000 | | 8.74000 | 41,952.00 |
| 5150011739 12/6 oz Crisco Orig Spry | | | | | | | | |
| Lot No | | | | | | | | |
| 133860503 | | | | | 4,800.0000 | | | |
| CHEP | | 0 PALL | | 48.0000 | 48.0000 | | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | | |

Happy Holidays

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 41,952.00 | 0.00 | 0.00 | 0.00 | 41,952.00 |
| | | | | | TOTAL DUE | 41,952.00 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

<u>Bill To:</u>
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Information:**

| | |
|---|---|
| PO Number: | 1241766 OX |
| Date | 12/06/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

Page **1** of **4**

<u>Ship To:</u>
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

**SHIPMENT # ST 6526477 / OT 1241865**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150011739**    Delivery Date: 12/10/2021 <br> Specifications # 5150011739*OP10 <br> **CR 6 OZ ORIGINAL SPRAY** <br><br> Release order against contract 00008633 <br><br> Gross Price    USD   CA   42480.00 <br><br> Part No. 15113896 <br> RBD PURITAN OIL | 4800.00 <br><br><br><br><br><br><br> 17694.14 | CA <br><br><br><br><br><br><br> LB | USD 8.8500/1 CA | USD 42480.00 |

| | | | | |
|---|---|---|---|---|
| Net value incl. disc | USD 42480.00 | | **Total Amount** | **USD 42480.00** |
| Other Charges | USD 0.00 | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**            **DATE**

(Authorized Signature)

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 12/28/2021 |
| INVOICE NO | 158522 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**    44,256.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/11/2022 | 12/28/2021 | 00062850 | 12/3/2021 | FF00080694 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | SHIP DATE |
|---|---|---|---|---|
| NET 45 | 1241804/1241873 | Benefit 10:00 | | 12/28/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000361025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 9.22000 | 44,256.00 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 132360503 | | | | | 200.0000 | | |
| 133660503 | | | | | 600.0000 | | |
| 133760503 | | | | | 600.0000 | | |
| 134260503 | | | | | 900.0000 | | |
| 134360503 | | | | | 2,500.0000 | | |
| CHEP | | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 44,256.00 | 0.00 | 0.00 | 0.00 | 44,256.00 |
| | | | | TOTAL DUE | 44,256.00 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

<u>Bill To:</u>
RP FOODS
400 N MAIN ST
HENNING IL 61848

| Information: | |
|---|---|
| PO Number: | 1241804 OX |
| Date | 12/06/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

Page **1** of 4

<u>Ship To:</u>
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

*\*\*SHIPMENT # ST 6526481 / OT 1241873\*\**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150072004**<br>**Delivery Date: 12/10/2021**<br>Specifications # 5150072004*OP10<br>**CR 6 OZ BUTTER SPRAY**<br><br>Release order against contract 00008633 | 4800.00 | CA | USD 9.3200/1 CA | USD 44736.00 |
| | Gross Price　　　　　USD　　CA　　44736.00 | | | | |
| | Part No. 15113896<br>RBD PURITAN OIL | 17576.64 | LB | | |

| | | | | |
|---|---|---|---|---|
| Net value incl. disc | USD 44736.00 | | **Total Amount** | **USD 44736.00** |
| Other Charges | USD 0.00 | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING.  PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT.  PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS.  CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE.  TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE.  IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER.  THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY.  FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

SIGNATURE _____     DATE _____

　　　　　　　(Authorized Signature)

**FULLFILL** INDUSTRIES, LLC

CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 12/29/2021 |
| INVOICE NO | 158534 |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE     44,256.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/12/2022 | 12/29/2021 | 00062849 | 12/3/2021 | FF00080741 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1241803/1241870 | MNS1 9:00 | 12/29/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000361025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 9.22000 | 44,256.00 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 133660503 | | | | | 456.0000 | | |
| 133760503 | | | | | 3,466.0000 | | |
| 133860503 | | | | | 478.0000 | | |
| 134260503 | | | | | 259.0000 | | |
| 134360503 | | | | | 141.0000 | | |
| CHEP | | 0 | PALL | 48.0000 | 48.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 44,256.00 | 0.00 | 0.00 | 0.00 | 44,256.00 |

TOTAL DUE     44,256.00



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

Bill To:
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Information:**

| | |
|---|---|
| PO Number: | 1241803 OX |
| Date | 12/06/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

Page **1** of 4

Ship To:
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

*\*\*SHIPMENT #ST 6526480 / OT 1241870\*\**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150072004**  **Delivery Date: 12/10/2021**  Specifications # 5150072004*OP10  **CR 6 OZ BUTTER SPRAY**  Release order against contract 00008633  Gross Price  USD  CA  44736.00  Part No. 15113896  RBD PURITAN OIL | 4800.00  17576.64 | CA  LB | USD 9.3200/1 CA | USD 44736.00 |

| | | | | |
|---|---|---|---|---|
| **Net value incl. disc** | **USD 44736.00** | | **Total Amount** | **USD 44736.00** |
| **Other Charges** | **USD 0.00** | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

SIGNATURE                                                                    DATE

_____
(Authorized Signature)

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 1/3/2022 |
| **INVOICE NO** | 158549 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE** 4,342.62

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/17/2022 | 1/3/2022 | 00062851 | 12/3/2021 | FF00080737 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1241801/1241874 | MNS1 13:00 | 1/3/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000361025 | | 0 | CASE | 471.0000 | 471.0000 | 9.22000 | 4,342.62 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 133860503 | | | | | 71.0000 | | |
| 134360503 | | | | | 354.0000 | | |
| 134460503 | | | | | 46.0000 | | |
| CHEP | | 0 | PALL | 5.0000 | 5.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,342.62 | 0.00 | 0.00 | 0.00 | 4,342.62 |
| | | | | **TOTAL DUE** | 4,342.62 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Purchase Order**

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Information:**

| | |
|---|---|
| PO Number: | 1241801 OX |
| Date | 12/06/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

Page 1 of **4**

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

**SHIPMENT # ST 6526482 / OT 1241874**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150072004**  **Delivery Date: 12/10/2021**  Specifications # 5150072004*OP10  **CR 6 OZ BUTTER SPRAY**  Release order against contract 00008633  Gross Price  USD  CA  4389.72  Part No. 15113896  RBD PURITAN OIL | 471.00  1724.71 | CA  LB | USD 9.3200/1 CA | USD 4389.72 |

| | | | | |
|---|---|---|---|---|
| Net value incl. disc | USD 4389.72 | | **Total Amount** | **USD 4389.72** |
| Other Charges | USD 0.00 | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING.  PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT.  PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS.  CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE.  TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE.  IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER.  THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G.  OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY.  FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

SIGNATURE _____     DATE _____

(Authorized Signature)

**FULLFILL INDUSTRIES, LLC**

CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 1/3/2022 |
| **INVOICE NO** | 158550 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**    28,835.30

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/17/2022 | 1/3/2022 | 00062864 | 12/7/2021 | FF00080756 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1242212/1242215 | MNS1 14:30 | 1/3/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000367015 | 0 | CASE | 5,330.0000 | 5,330.0000 | 5.41000 | 28,835.30 |
| 5150070601 6/14 oz Crisco Spray | | | | | | |
| Lot No | | | | | | |
| 133760506 | | | | 647.0000 | | |
| 134060506 | | | | 4,683.0000 | | |
| CHEP | 0 | PALL | 26.0000 | 26.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 28,835.30 | 0.00 | 0.00 | 0.00 | 28,835.30 |
| | | | | **TOTAL DUE** | 28,835.30 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Information:**

| | |
|---|---|
| PO Number: | 1242212 OX |
| Date | 12/07/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

Page 1 of 4

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

**SHIPMENT # ST 6528996 / OT 1242215**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150070601**    **Delivery Date: 12/13/2021** <br> Specifications # 5150070601*OP10 <br> **CR 14 OZ PAN RELEASE SPRAY** <br><br> Release order against contract 00008633 <br><br> Gross Price     USD    CA    28835.30 <br><br> Part No. 15113896 <br> RBD PURITAN OIL | 5330.00 <br><br><br><br><br><br><br> 22420.54 | CA <br><br><br><br><br><br><br> LB | USD 5.4100/1 CA | USD 28835.30 |
| | **Net value incl. disc**     **USD 28835.30** <br> **Other Charges**     **USD 0.00** | | | **Total Amount** | **USD 28835.30** |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX, PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

SIGNATURE                                                 DATE

_____
(Authorized Signature)

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/4/2022 |
| INVOICE NO | 158561 |

| SOLD TO | SHIP TO |
|---|---|
| JMS002<br>B&G<br>CRISCO CIN<br>5204 SPRING GROVE<br>CINCINNATI, OH 45217 | CINCINNATI<br>B&G<br>CRISCO CIN-S MURRAY ROAD<br>401 MURRAY ROAD<br>CINCINNATI, OH 45217 |

**TOTAL DUE** 15,013.04

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/18/2022 | 1/4/2022 | 00062854 | 12/6/2021 | FF00080440 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1241802/1241869 | MNS1 14:30 | 1/4/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000375015 | | 0 | CASE | 2,822.0000 | 2,822.0000 | 5.32000 | 15,013.04 |
| 5150055018 6/12 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 133760506 | | | | | 2,002.0000 | | |
| 134060506 | | | | | 820.0000 | | |
| CHEP | | 0 | PALL | 14.0000 | 14.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business..

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 15,013.04 | 0.00 | 0.00 | 0.00 | 15,013.04 |

**TOTAL DUE** 15,013.04



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Purchase Order**

**Information:**

| | |
|---|---|
| **PO Number:** | 1241602 OX |
| **Date** | 12/06/2021 |
| **Vendor No:** | 117513 |
| **Currency:** | USD |
| **Payment Term:** | Net 45 Days |
| **Buyer:** | SERVICE ACCOUNT - JOB SCHEDULE |
| **Phone Number:** | |
| **Freight Terms:** | |
| **Delivery Instructions:** | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

Page 1 of 4

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

*\*\*SHIPMENT # ST 6526479 / OT 1241869\*\**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150055018**     **Delivery Date: 12/10/2021**<br>Specifications # 5150055018*OP10<br>**CR 12 OZ COOKING PRO SPRAY**<br><br>Release order against contract 00008633<br><br>Gross Price    USD    CA    15154.14<br><br>Part No. 15113896<br>RBD PURITAN OIL | 2822.00<br><br><br><br><br><br><br><br>9684.36 | CA<br><br><br><br><br><br><br><br>LB | USD 5.3700/1 CA | USD 15154.14 |
| | **Net value incl. disc**    USD 15154.14<br>**Other Charges**    USD 0.00 | | | **Total Amount** | **USD 15154.14** |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                               **DATE**

(Authorized Signature)

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/4/2022 |
| INVOICE NO | 158562 |

SOLD TO:
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

SHIP TO:
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE** 19,508.46

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/18/2022 | 1/4/2022 | 00062865 | 12/7/2021 | FF00080791 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1242213/1242217 | MNS1 13:00 | 1/4/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000367015 | | 0 | CASE | 3,606.0000 | 3,606.0000 | 5.41000 | 19,508.46 |
| 5150070601 6/14 oz Crisco Spray | | | | | | | |
| Lot No | | | | | | | |
| 122660501 | | | | | 193.0000 | | |
| 133760506 | | | | | 1,025.0000 | | |
| 134060506 | | | | | 2,388.0000 | | |
| CHEP | | 0 | PALL | 18.0000 | 18.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 19,508.46 | 0.00 | 0.00 | 0.00 | 19,508.46 |

| | |
|---|---|
| TOTAL DUE | 19,508.46 |



**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

### B&G Foods North America, Inc.
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

### Information:

| | |
|---|---|
| **PO Number:** | 1242213 OX |
| **Date** | 12/07/2021 |
| **Vendor No:** | 117513 |
| **Currency:** | USD |
| **Payment Term:** | Net 45 Days |
| **Buyer:** | SERVICE ACCOUNT - JOB SCHEDULE |
| **Phone Number:** | |
| **Freight Terms:** | |
| **Delivery Instructions:** | |

Page 1 of 4

**Note**

**SHIPMENT # ST 6528997 / OT 1242217**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150070601**<br>**Delivery Date: 12/13/2021**<br>Specifications # 5150070601*OP10<br>**CR 14 OZ PAN RELEASE SPRAY**<br><br>Release order against contract 00008633<br><br>Gross Price                USD      CA      20574.23<br><br>Part No. 15113896<br>RBD PURITAN OIL | 3803.00<br><br><br><br><br><br><br><br><br>15997.24 | CA<br><br><br><br><br><br><br><br><br>LB | USD 5.4100/1 CA | USD 20574.23 |
| | **Net value incl. disc**          USD 20574.23<br>**Other Charges**                      USD 0.00 | | | **Total Amount** | **USD 20574.23** |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING.  PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT.  PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS.  CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE.  TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE.  IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER.  THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY.  FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE** _____          **DATE** _____

(Authorized Signature)

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-286-3532

| | | |
|---|---|---|
| PAGE | 1 | |
| INVOICE DATE | 1/4/2022 | |
| INVOICE NO | 158563 | |

S O L D   T O
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P   T O
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**      4,617.76

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/18/2022 | 1/4/2022 | 00062866 | 12/7/2021 | FF00080786 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | SHIP DATE |
|---|---|---|---|---|
| NET 45 | 1242214/1242217 | MNS1 13:00 | | 1/4/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000375015 | | 0 | CASE | 868.0000 | 868.0000 | 5.32000 | 4,617.76 |
| 5150055018 6/12 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 133760506 | | | | | 820.0000 | | |
| 134060506 | | | | | 48.0000 | | |
| CHEP | | 0 | PALL | 5.0000 | 5.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,617.76 | 0.00 | 0.00 | 0.00 | 4,617.76 |

**TOTAL DUE**      4,617.76



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Information:**

| | |
|---|---|
| PO Number: | 1242214 OX |
| Date | 12/07/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

Page **1** of **4**

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

**SHIPMENT # ST 6528997 / OT 1242217**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150055018**  **Delivery Date: 12/13/2021**  Specifications # 5150055018*OP10  **CR 12 OZ COOKING PRO SPRAY**  Release order against contract 00008633 | 868.00 | CA | USD 5.3700/1 CA | USD 4661.16 |
| | Gross Price         USD      CA      4661.16 | | | | |
| | Part No. 15113896  RBD PURITAN OIL | 3129.57 | LB | | |

| | | | |
|---|---|---|---|
| **Net value incl. disc** | **USD 4661.16** | **Total Amount** | **USD 4661.16** |
| **Other Charges** | **USD 0.00** | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING.  PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT.  PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS.  CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE.  TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE.  IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER.  THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY.  FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE** _____          **DATE** _____

(Authorized Signature)

**FULLFILL**
INDUSTRIES, LLC
CU-RSPQ SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/11/2022 |
| INVOICE NO | 158633 |

| SOLD TO | SHIP TO |
|---|---|
| JMS002 | CINCINNATI |
| B&G | B&G |
| CRISCO CIN | CRISCO CIN-S MURRAY ROAD |
| 5204 SPRING GROVE | 401 MURRAY ROAD |
| CINCINNATI, OH 45217 | CINCINNATI, OH 45217 |

**TOTAL DUE**      22,776.44

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/25/2022 | 1/11/2022 | 00062852 | 12/6/2021 | FF00080738 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1241774/1241874 | MNS1 13:00 | 1/11/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000380025 | | 0 | CASE | 2,606.0000 | 2,606.0000 | 8.74000 | 22,776.44 |
| 5150011739 12/6 oz Crisco Orig Spry | | | | | | | |
| Lot No | | | | | | | |
| 133860503 | | | | | 2,506.0000 | | |
| 134260503 | | | | | 100.0000 | | |
| CHEP | | 0 | PALL | 52.0000 | 52.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 22,776.44 | 0.00 | 0.00 | 0.00 | 22,776.44 |
| | | | | | TOTAL DUE | 22,776.44 |



**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

**Information:**

| | |
|---|---|
| PO Number: | 1241774 OX |
| Date | 12/06/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

Page 1 of 4

**Note**

\*\*SHIPMENT # ST 6526482 / OT 1241874\*\*

| Line | Material/Description | | | | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | **5150011739**<br><br>Specifications # 5150011739\*OP10<br>**CR 6 OZ ORIGINAL SPRAY** | **Delivery Date: 12/10/2021** | | | 2606.00 | CA | USD 8.8500/1 CA | USD 23063.10 |
| | Release order against contract 00008633 | | | | | | | |
| | Gross Price | USD | CA | 23063.10 | | | | |
| | Part No. 15113896<br>RBD PURITAN OIL | | | | 9608.45 | LB | | |

| Net value incl. disc | USD 23063.10 | | Total Amount | USD 23063.10 |
|---|---|---|---|---|
| Other Charges | USD 0.00 | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING.  PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT.  PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS.  CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE.  TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE.  IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER.  THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY.  FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                                                      **DATE**

(Authorized Signature)

**GENERAL TERMS AND CONDITIONS FOR PURCHASE ORDER**

For suppliers interested in selling goods and/or services to B&G Foods, Inc. or any of its subsidiaries, this document sets forth the General Terms and Conditions for Purchase Orders for such goods and/or services (these "Terms and Conditions"). All Purchase Agreements and Orders (each as defined below) for foods and/or services are subject to these Terms and Conditions. By accepting any Order, Seller (as defined below) hereby agrees to these Terms and Conditions.

"Buyer" means B&G Foods, Inc., a Delaware corporation, or any of its subsidiaries that enters into a Purchase Agreement (as defined below) with Seller or issues an Order to Seller. "Seller" means the party that enters into a Purchase Agreement with Buyer or to whom the Order is issued. "Order" means a purchase order issued by Buyer and accepted by Seller for the purchase of Goods (as defined below) by Buyer from Seller. "Purchase Agreement" means the written purchase agreement, if any, signed by an authorized signatory of Buyer and Seller encompassing the Goods purchased in an Order. "Contract" means the Purchase Agreement, if any, and the Orders, together with these Terms and Conditions.

In the event of any conflict as between any provision of these Terms and Conditions and any Order, these Terms and Conditions shall control unless the Order specifically states that the provision in the Order will prevail. In the event of any conflict between any provision of the Purchase Agreement and these Terms and Conditions or an Order, the provision of the Purchase Agreement shall control.

"Goods" means any goods and/or services that are the subject of the Contract.

1.     No Minimums. Buyer is not obligated to purchase any Goods from Seller and Seller acknowledges that there is no minimum volume guarantee to purchase any Goods from Seller unless stated otherwise in the Purchase Agreement or the applicable Order.

2.     Payment After Delivery. Unless otherwise agreed, Buyer's payment is due only after delivery of all Goods. Buyer has the option to return excess deliveries or partial deliveries at Seller's expense. Seller agrees to reimburse Buyer for any expense incurred by Buyer by reason of Seller's failure to make shipments in accordance with and via routing shown on Buyer's Order. To support invoices, a copy of packing slip and a bill of lading bearing the Buyer's order number must accompany each shipment. Invoices not so supported are subject to return.

3.     Audit; Books & Records; Inspections; Rejected Products.

   a.     The Goods and the place of growing, manufacture or storage, as applicable, of the Goods ordered hereunder are subject to audit, review, inspection and test by Buyer or an agreed-upon third party at reasonable times and places either before or after acceptance. Acceptance shall not be conclusive as to latent defects, fraud or any other similar issue not known by Buyer.

   b.     Supplier shall prepare, maintain and retain complete and accurate books and records relating to the production, packaging, testing, storage and shipment of the Goods, rejected product supplies, rejected Goods, and production code accountability records, including shipments of Goods to Buyer, as required by these Terms & Conditions or as reasonably requested by Buyer. Seller shall also prepare, maintain and retain any other records required to be maintained under the Contract or required to be kept by all applicable federal, state or local laws and regulations.

   c.     All books and records prepared, maintained or retained by Seller pursuant to these Terms and Conditions shall be made available to B&G Foods and its representatives for inspection upon reasonable prior written notice at any time during Seller's regular business hours (except under emergency situations, in which case B&G Foods shall have immediate access). All such books and records shall be retained by Seller for a period of at least three (3) years, or longer if so required by all applicable federal, state or local laws or regulations or if reasonably requested by B&G Foods.

   d.     If shipment or prices are not in accordance with the Order or with the representations or guarantees made by Seller, shall be strictly observed by Seller. Time is of the essence for shipment and delivery of all Orders. In addition, Seller shall promptly pay or reimburse Buyer for all costs and Buyer may refuse to accept and pay for such shipments, or at Buyer's option, Buyer may accept partial delivery without liability beyond payment. All shipment and delivery dates damages incurred by Buyer, including, without limitation, costs for packaging, handling, transportation, recall, destruction, production, and other administrative costs including reasonable legal fees, which arise or result from the delivery of Goods by Seller that are not in accordance with the representations, warranties, specifications or any other term of the Contract.

   e.     Acknowledgment of receipt on packing slips, bills of lading or other documents shall not constitute acceptance. Goods that are delivered in quantity may be inspected by sampling. Seller shall be responsible for proper packing.

   f.     Buyer shall have a reasonable time after delivery for inspection, rejection, acceptance or revocation of acceptance of any delivery. Any inspection by Buyer shall not absolve Seller of any liability.

   g.     If any Goods are defective or otherwise not in conformity with the requirements of the Contract or specifications or are delivered in excess of the quantity ordered, Buyer may reject all or any portion of the Goods or require corrections or replacements. There shall be an adjustment of any payments made for rejected Goods, either by Seller's refund or by a deduction from Buyer's subsequent remittances. Rejected Goods shall be removed and the Goods shall be corrected or replaced promptly at Seller's expense and, if returned, shall be identified by Seller. If rejected Goods are not promptly replaced or if nonconforming Goods are not promptly corrected, Buyer may, at its option, elect to perform some or all of the following actions: (i) obtain such Goods or similar Goods elsewhere and charge Seller with any cost increase caused thereby; (ii) terminate the Contract or the applicable Order for default, (iii) accept the Goods at a reduced price; or (iv) seek other remedies and damages. If Buyer accepts partial delivery, the price shall be apportioned accordingly and Seller will refund the amount of all transportation costs, handling charges, or partial payments paid or incurred by Buyer on rejected Goods. Buyer shall have the right to offset any refunds due from Seller against any other amounts owing on other goods purchased from Seller.

4.     Representations and Warranties.

   a.     Seller represents, warrants and guarantees to Buyer that each Good shipped or delivered by Seller to or on the order of Buyer, shall, as of the date of such shipment or delivery:

      i.     have been grown, manufactured, produced, packaged, stored, sold, shipped and delivered, as applicable, under sanitary conditions and in compliance with all applicable federal, state and local laws and regulations of the United States, including, without limitation, the U.S. Federal Food, Drug and Cosmetic Act, as amended (the "FFDCA") and all food safety and labeling, antitrust, environmental, export/import, occupational health and safety, labor and immigration laws and regulations;

      ii.     not be adulterated or misbranded within the meaning of the FFDCA and the regulations issued under the FFDCA;

      iii.     if applicable, not be adulterated or misbranded within the meaning of the Federal Meat Inspection Act, as amended ("FMIA") or the Poultry Products Inspection Act, as amended ("PPIA");

      iv.     not be an article that may not, under the provisions of the FFDCA, FMIA or PPIA, be introduced into interstate commerce;

      v.     if applicable, be in compliance with the U.S. Federal Insecticide, Fungicide and Rodenticide Act, as amended;

      vi.     if the Good is a food packaging product, be safe for use as food contact packaging; comply with all applicable food packaging requirements of the FFDCA and the regulations issued under such Act; and be new;

      vii.     not contain a listed chemical for which a warning is required under the California Safe Drinking Water and Toxic Enforcement Act of 1986, as amended ("Proposition 65");

      viii.     conform to the quality standards and specifications to which the parties have agreed or will from time to time agree in writing;

      ix.     be free from defects, latent or otherwise, in design, material and workmanship;

      x.     not infringe upon, violate or misappropriate the intellectual property rights of any third party.

Last revised: 11 August, 2019

- 2 -

b. Seller represents, warrants and guarantees that the Goods are at least equal in every respect to any sample or specification submitted, and Buyer may reject and return at Seller's expense any Goods which, in the opinion of Buyer, are not at least equal quality in every respect to the sample and specifications.

c. Seller represents, warrants and guarantees that:

i. Seller currently complies with and in the future shall comply with all applicable federal and state occupational health and safety, labor and immigration laws;

ii. Seller does not currently, and will not in the future, use any forced labor or child labor as part of its labor force, and shall not allow any forced labor or child labor in its business or in its supply chain; and

iii. Seller does not currently and shall not in the future, allow any human trafficking in its business or in its supply chain.

5. Recall. Buyer has the sole right, in its discretion, to initiate and direct the content and scope of a recall, market withdrawal, stock recovery, product correction, or advisory safety communication (any one or more referred to as a "Recall Action") regarding the Goods and any product incorporating the Goods. At Buyer's option, Buyer may direct Seller to, and upon such direction Seller shall, conduct such Recall Action. Buyer shall determine, in its discretion, the manner, text, and timing of any publicity to be given such matters. If a Recall Action is initiated or directed by Buyer, Seller shall fully cooperate and take all such steps as are reasonably requested to implement the Recall Action in a timely and complete manner. Any and all action taken in connection with a Recall Action shall be in accordance with FDA policies and other laws. In addition to any other remedy under law or provided in the Contract, Seller shall bear the costs associated with: (a) any Recall Action that results from the Goods, or Seller's actions or inactions; or (b) Goods that do not comply with the Contract.

6. Services.

a. Seller shall provide services purchased in any Purchase Agreement or Order in accordance with the Contract. If the Contract describes services in a general or non-specific manner, the services will include not only those Services specifically described in such Contract but also those that are an inherent, necessary or a customary part of those Services. Except as provided by the Contract, Seller will be responsible for all materials, facilities, equipment, software and other resources required to provide the Services and Seller shall ensure that all equipment used in connection with the Contract is maintained in good working order and in compliance with the manufacturer's instructions and current regulations.

b. Seller represents and warrants that any services performed by the Seller (or its duly appointed sub-contractor) will comply to all applicable statutory rules and regulations and shall not infringe or misappropriate any patents, copyrights, trademarks, trade names, trade secrets or other intellectual property rights and be performed (i) in a good, timely, efficient, professional and workmanlike manner using then-current technology, (ii) using sufficient numbers of personnel who have suitable competence, ability, education, training and other qualifications for any assigned roles. (iii) with at least the degrees of accuracy, quality, efficiency, completeness, timeliness and responsiveness as are equal to or higher than the accepted industry standards applicable to the performance of the same or similar services, and (iv) in compliance with the requirements of the Contract.

c. Seller shall ensure that the Seller personnel, while assigned to provide services or otherwise visiting or accessing Buyer's facilities, will (i) comply with Buyer's then-current environmental, health, safety, and security policies and procedures and other policies and regulations applicable to Buyer's personnel at those facilities, (ii) comply with all reasonable requests of Buyer's personnel, as applicable, pertaining to personal and professional conduct, and (iii) otherwise conduct themselves in a professional and businesslike manner.

d. In the event the services do not conform with the Contract and the stipulations in the Contract, Buyer shall, without prejudice to any of its other rights or remedies, have the right to (i) terminate the Contract in whole or in part without liability by notice effective when received by Seller as to services not yet performed, (ii) refuse to accept any subsequent performance of the services that seller attempts to make, (iii) suspend any payment obligation in respect to the services, and (iv) purchase services to correct or replace the non-conforming services from an alternative provider after giving

Seller notice and charge Seller any cost incurred.

7. Indemnification. Seller agrees to indemnify, defend and hold harmless Buyer and its directors, officers, employees and customers (each, an " Indemnitee"), from and against any and all actions, suits, claims and proceedings (each, a "Claim"), and any judgments, damages, fines, costs and expenses, including reasonable attorneys' fees (each, a "Loss") resulting therefrom:

a. brought or commenced by any foreign, federal, state or local governmental authority or any other person or entity against any Indemnitee alleging that any Goods shipped or delivered by Seller to or on the order of Buyer, did not meet the representations set forth in Paragraph 4 of these Terms and Conditions; or

b. brought or commenced by any person or entity against any Indemnitee for the recovery of damages, including but not limited to damages for the injury, illness or death of any person or damages to property arising out of or alleged to have arisen out of:

i. the delivery, sale, resale, labeling, use or consumption, as applicable, of any Goods shipped or delivered by Seller to or on the order of Buyer; or

ii. the negligent acts or omissions or willful misconduct of Seller in connection with any Goods shipped or delivered by Seller to or on the order of Buyer;

provided, however, that Seller's indemnification obligations hereunder shall not apply to the extent any such Claim or Loss is caused by the negligent act or omission or willful misconduct of Buyer.

8. Confidentiality. Seller agrees to keep in confidence any confidential or proprietary information disclosed by Buyer, including, without limitation, any information (i) regarding manufacturing processes, pricing, proprietary formulas, specifications and packaging concepts and other similar information relating to the Buyer's products, (ii) these Terms and Conditions or the terms and conditions of the Contract and (iii) the identity of Buyer's customers (the "Confidential Information"), and Seller may not disclose to or use for the benefit of any third party or for the benefit of Seller any of the Confidential Information. Seller further agrees that it shall use the same degree of care which it normally uses to protect its own proprietary information to prevent disclosing the Confidential Information to third parties.

9. Termination.

a. Termination for Convenience. Buyer reserves the right to terminate any Order for convenience, in whole or in part, at any time. Upon notification by Buyer, Seller shall immediately stop all work and shall immediately cause any of its suppliers and/or subcontractors to cease such work. Seller shall be paid a reasonable termination charge consisting of a percentage of the applicable Order price reflecting the percentage of the work performed prior to the notice of termination, plus actual direct costs resulting from termination. Seller shall not be paid for any work done after receipt of the notice of termination, or for any costs incurred by Seller's suppliers and/or subcontractors which Seller reasonably could have avoided. Notwithstanding the foregoing, in no event shall Seller be entitled to an amount greater than what Buyer would have paid absent the termination.

b. Termination for Cause. B&G Foods may terminate any Order, in whole or in part, in the event of (i) any default by Seller, (ii) Seller's failure to comply with these Terms and Conditions, or (iii) Seller's failure to comply with any specific terms and conditions contained in an applicable Order. Late deliveries, deliveries of non-conforming Goods and/or performance of non-conforming services, and/or failure to provide Buyer, upon request, reasonable assurances of future performance, shall all be bases for Buyer's right to termination for cause. In the event Buyer terminates an Order for cause, Buyer shall not be liable to Seller for any amount, and Seller shall be liable to Buyer for any and all damages sustained by reason of Seller's default which gave rise to the termination.

c. Termination for Financial Insecurity. Buyer may terminate any Order, in whole or in part, as of the date specified in a termination notice if (i) Seller fails to vacate an involuntary bankruptcy, insolvency or reorganization petition or petition for an arrangement or composition with creditors filed against Seller within thirty (30) days after the date of such filing, or files such a petition on a voluntary basis, or (ii) Seller makes an assignment for the benefit of creditors, or (iii) Seller fails to vacate the appointment of a receiver or trustee for Seller or for any interest in Seller's business within thirty (30) days after such appointment, or (iv) Seller's interests or rights under the Contract, or any part thereof, pass to another by operation of law, or (vi) Seller ceases to do business as a going concern or ceases to conduct its operations in the normal course of business, or (vii) makes any material misstatement as to its financial condition.

10. <u>Force Majeure</u>. Seller shall not be liable for delays in delivery caused by fire, flood, tempest, earthquake, war, riot or act of God (each, a "<u>Force Majeure Event</u>"). If the Force Majeure event causes an extension of the delivery time, Buyer may terminate the Order with respect to such Goods without penalty. Undelivered orders are also subject to cancellation or postponement after reasonable notice at Buyer's option in the event of fire, flood, tempest, earthquake, war, riot, strikes, act of God, or Buyer's discontinuance or suspension of business.

11. <u>Price</u>. If price is omitted from the Contract, Seller must notify Buyer in writing before shipment is made of the price for the Goods described in the Contract. If Buyer does not approve such price in writing, it shall have the right to cancel the Order by written notice to Seller, without further liability on its part. If price is stated in the Contract, it is a firm price. Seller agrees to give Buyer the benefit of any reduction in such price if it should reduce its prices on Goods of a similar size, quantity and quality as the Goods sold to Buyer prior to shipment or delivery to Buyer. If prior to shipment Seller increases its prices on the same or similar Goods it must notify Buyer in writing before shipment is made, in which event Buyer shall have the right either to cancel the Order without further liability on its part or to accept the price increase. The prices stated in the Contract shall include all applicable taxes levied or assessed with respect to the production, sale or use of the Goods covered by the Contract. Buyer reserves the right to issue, in lieu of payment of any such tax, a tax exemption certificate acceptable to the taxing agency.

12. <u>Title</u>. Title to the Goods shall pass to Buyer, f.o.b. Buyer's warehouse or facilities, unless otherwise stated in the Purchase Agreement or Order. Seller represents and warrants that good title to the Goods will pass free and clear of all charges, claims and liens of any nature. Seller bears all risk of loss or damage to the Goods until delivery of the Goods to Buyer's warehouse or facilities or other location set forth in the Purchase Agreement or Order.

13. <u>No Additional Charges</u>. Seller will not charge and Buyer will not pay for cartage, packing, packing cases, reels, drums or other extras of any nature except when such charges are authorized by Buyer in writing.

14. <u>Cumulative Remedies</u>. The rights and remedies under the Contract are cumulative and are in addition to and not in substitution for any other rights and remedies available under the Uniform Commercial Code of the State of New York, at law or in equity or otherwise. Buyer hereby notifies Seller that Buyer rejects any attempt by Seller to limit or condition its liability for breaches or damages arising out of its performance or non-performance of the Contract.

15. <u>Waiver</u>. No waiver by any party of any of the provisions of the Contract shall be effective unless explicitly set forth in writing and signed by the party so waiving. Except as otherwise set forth in the Contract, no failure to exercise, or delay in exercising, any rights, remedy, power or privilege arising from the Contract shall operate or be construed as a waiver thereof, nor shall any single or partial exercise of any right, remedy, power or privilege hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy, power or privilege.

16. <u>Relationship of the Parties</u>. The relationship between the parties is that of independent contractors. Nothing contained in the Contract shall be construed as creating any agency, partnership, joint venture or other form of joint enterprise, employment or fiduciary relationship between the parties, and neither party shall have authority to contract for or bind the other party in any manner whatsoever. No relationship of exclusivity shall be construed from the Contract.

17. <u>Subcontractors</u>. Seller will not subcontract any of its obligations without obtaining Buyer's prior written approval. Notwithstanding any approval by Buyer, Seller will remain solely responsible for all of its obligations and will be liable for any subcontractor's failure to perform or abide by the provisions of the Contract.

18. <u>Severability</u>. If any term or provision of the Contract is invalid, illegal or unenforceable in any jurisdiction, such invalidity, illegality or unenforceability shall not affect any other term or provision of the Contract or invalidate or render unenforceable such term or provision in any other jurisdiction.

19. <u>Entire Agreement</u>. The Contract constitutes the entire agreement between the parties regarding the Goods referred to in the Contract, and supersedes all previous oral or written negotiations and understandings regarding the subject matter of the Contract, <u>provided</u>, <u>however</u>, any separate confidentiality agreement, product guaranty or hold harmless agreement between the parties or by Seller in favor of Buyer relating to the relationship of the parties or sale and purchase of the Goods shall remain in full force and effect.

20. <u>Intellectual Property</u>. Buyer shall solely own, and Seller hereby irrevocably assigns and transfers all right, title, and interest in and to, any and all: (i) deliverables, designs, results, technical information, technical drawings, source code, or other materials created by or for Seller in connection with the Goods at or in response to Buyer's request, excluding Seller's pre-existing confidential information and intellectual property, (collectively, "<u>Work Product</u>"), as works made for hire immediately upon creation of such Work

Product, and (ii) trademarks, trade names, trade dress, copyrights, patents and applications thereof ("<u>Intellectual Property</u>") based on the Work Product. Seller shall take all necessary steps to assign and transfer to Buyer its entire right, title, and interest in and to the Work Product and Intellectual Property. Seller shall obtain from its employees or non-employee individuals a full assignment of rights so that the Seller's assignment will vest in Buyer full rights in the Work Product and Intellectual Property, free of any claims, interest, or rights of third parties. Seller understands and agrees that nothing in the Contract or in the disclosure of Buyer's confidential information shall convey ownership, title, or any other rights for license thereto to Seller or any person in privity therewith to any Intellectual Property or other proprietary right of Buyer, including, without limitation, trade secrets, inventions and patent rights.

21. <u>Publicity</u>. Seller will not, without Buyer's prior written consent, (i) use any name, trademark, service mark, trade dress, logo or other identifying marks of Buyer in any sales, marketing or publicity activities or materials, and/or (ii) issue any public statement regarding its relationship with Buyer.

22. <u>Amendments</u>. The Contract may not be amended or modified except in writing, signed by the Buyer and the Seller.

23. <u>Governing Law</u>. The Contract and any claim, controversy or dispute arising under or related to the Contract (whether for breach of contract, tortuous conduct or otherwise) shall be governed and construed in accordance with the laws of the State of New York, without reference to its conflicts of law principles (other than Section 5-1401 of the General Obligations Law of the State of New York). Buyer and Seller agree that the United Nations Convention on Contracts for the International Sale of Goods shall be specifically excluded from application to any Order.

24. <u>Jurisdiction</u>. Any legal suit, action or proceeding arising out of or based upon the Order or the transactions contemplated thereby shall be brought in the Federal Courts of the United States of America or the courts of the State of New York in each case located in the City of New York City and County of New York, and each party irrevocably submits to the exclusive jurisdiction of such courts in any such suit, action or proceeding. Service of process, summons, notice or other document by mail to such party's address set forth in the Purchase Agreement or Order (with, in the case of notices to Buyer, a copy to B&G Foods, Inc., 4 Gatehall Drive, Parsippany, NJ 07054, Attn: General Counsel) shall be effective service of process for any suit, action or other proceeding brought in any such court. The parties irrevocably and unconditionally waive any objection to the laying of venue of any suit, action or any proceeding in such courts and irrevocably waive and agree not to plead or claim in any such court that any such suit, action or proceeding brought in any such court has been brought in an inconvenient forum.

25. <u>Limitation of Buyer's Liability; Statute of Limitations</u>. In no event shall Buyer be liable to Seller for any indirect, incidental, consequential, punitive, special, or exemplary damages or penalties of any description, regardless of the form of the action or the theory of recovery, even if Buyer has been advised of the possibility of those damages. Buyer's liability on any claim of any kind for any loss or damage arising out of or in connection with or resulting from any Order, or from the performance or breach thereof, shall in no case exceed the price allocable to the Goods which gives rise to the claim. Any action resulting from any breach on the part of Buyer as to the Goods purchased under any Order must be commenced within one (1) year after the cause of action has accrued. This paragraph 25 is not intended to limit or exclude Buyer's liability for any matter for which liability cannot be limited or excluded by law.

26. <u>Assignment</u>. Seller may not assign any of its rights or obligations under the Contract (whether by operation of law, change of control or otherwise) without Buyer's prior written consent. Should Seller attempt to assign any of its rights or obligations under the Contract by operation of law or as a result of a change in control without such consent, the entity that assumes such assignment shall be bound by the terms and conditions of the Contract, <u>provided</u>, <u>however</u>, that Buyer may, at its option, terminate the Contract without penalty. Any other attempted assignment or delegation without Buyer's consent shall be null and void and of no force or effect.

27. <u>Survival</u>. All representations and warranties of Seller, all rights and remedies of Buyer and any other provisions of the Contract which by their express terms or by implication are to survive, shall survive any (a) inspection, delivery acceptance or payment and (b) expiration, termination or cancellation of the Contract.

28. <u>Equal Employment Opportunity</u>. Seller agrees to comply with all appropriate provisions of Executive Order 11246, Section 503 of the Rehabilitation Act of 1973 and Section 402 of the Vietnam Era Veteran's Readjustment Assistance Act of 1974, in each case as amended or supplemented

29. <u>Supplier Code of Conduct</u>. Seller agrees to comply with Buyer's Supplier Code of Conduct, as the same may be amended from time to time, and which can be found at www.bgfoods.com/about/responsibility and is incorporated herein by reference.