E-FILED
Monday, 23 January, 2023  10:20:24 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A
## (Part 5 of 5)

**EXHIBIT 6**

**FULLFILL** INDUSTRIES, LLC

CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 12/28/2021 |
| INVOICE NO | 158533 |

SOLD TO
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

SHIP TO
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE          44,256.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/11/2022 | 12/28/2021 | 00063043 | 12/22/2021 | FF00080705 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245307/1245262 | MNS1 14:30 | 12/28/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000361025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 9.22000 | 44,256.00 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 133760503 | | | | | | | |
| 134360503 | | | | | 2,000.0000 | | |
| 134460503 | | | | | 100.0000 | | |
| | | | | | 2,700.0000 | | |
| CHEP | | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 44,256.00 | 0.00 | 0.00 | 0.00 | 44,256.00 |
| | | | | TOTAL DUE | 44,256.00 |

FULLFILL INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 1/11/2022 |
| **INVOICE NO** | 158634 |

**S O L D T O**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**S H I P T O**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**  24,755.70

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/25/2022 | 1/11/2022 | 00063044 | 12/22/2021 | FF00080799 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|
| NET 45 | 1245263/1246308 | MNS1 13:00 | | | 1/11/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000361025 | | 0 | CASE | 2,685.0000 | 2,685.0000 | 9.22000 | 24,755.70 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 133660503 | | | | | 200.0000 | | |
| 133760503 | | | | | 1,600.0000 | | |
| 134360503 | | | | | 800.0000 | | |
| 134460503 | | | | | 85.0000 | | |
| CHEP | | 0 | PALL | 54.0000 | 54.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 24,755.70 | 0.00 | 0.00 | 0.00 | 24,755.70 |
| | | | | | **TOTAL DUE** | 24,755.70 |

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | | |
|---|---|---|
| PAGE | 1 | |
| INVOICE DATE | 1/17/2022 | |
| INVOICE NO | 158697 | |

**S O L D T O**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**S H I P T O**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE        19,334.34

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 3/3/2022 | 1/17/2022 | 00063192 | 1/12/2022 | FF00080970 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|
| NET 45 | 1248096/1248098 | MNS1 11:30 | | | 1/17/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000361025 | | 0 | CASE | 2,097.0000 | 2,097.0000 | 9.22000 | 19,334.34 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 133760503 | | | | | 198.0000 | | |
| 134360503 | | | | | 1,899.0000 | | |
| CHEP | | 0 | PALL | 42.0000 | 42.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 19,334.34 | 0.00 | 0.00 | 0.00 | 19,334.34 |
| | | | | TOTAL DUE | 19,334.34 |

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/5/2022 |
| INVOICE NO | 158583 |

SOLD TO
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

SHIP TO
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE        24,820.24

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | | |
|---|---|---|---|---|---|---|---|---|
| | | 2/19/2022 | 1/5/2022 | 00063045 | 12/22/2021 | FF00080807 | | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|
| NET 45 | 1245267/1245314 | | MNS1 14:30 | | | 1/5/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000361025 | 0 | CASE | 2,692.0000 | 2,692.0000 | 9.22000 | 24,820.24 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | |
| Lot No | | | | | | |
| 133760503 | | | | 192.0000 | | |
| 134360503 | | | | 2,500.0000 | | |
| CHEP | 0 | PALL | 27.0000 | 27.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 24,820.24 | 0.00 | 0.00 | 0.00 | 24,820.24 |
| | | | | TOTAL DUE | 24,820.24 |

2:23-cv-02016-CSB-EIL  # 1-5  Page 7 of 89

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-286-3532

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 1/5/2022 |
| **INVOICE NO** | 158584 |

**S O L D T O**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**S H I P T O**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**  39,655.20

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/19/2022 | 1/5/2022 | 00063046 | 12/22/2021 | FF00080817 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|
| NET 45 | 1245316/ | MNS1 13:00 | | | 1/5/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000377015 | 0 | CASE | 5,330.0000 | 5,330.0000 | 7.44000 | 39,655.20 |
| 5150055026 6/12 oz Crisco Grl Mastr | | | | | | |
| Lot No | | | | | | |
| 134460506 | | | | 5,330.0000 | | |
| CHEP | 0 | PALL | 26.0000 | 26.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 39,655.20 | 0.00 | 0.00 | 0.00 | 39,655.20 |
| | | | | **TOTAL DUE** | 39,655.20 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-286-3532

| | PAGE | 1 |
|---|---|---|
| | INVOICE DATE | 1/6/2022 |
| | INVOICE NO | 158594 |

```
S   JMS002
O   B&G
L   CRISCO CIN
D   5204 SPRING GROVE
    CINCINNATI, OH 45217
T
O
```

```
S   CINCINNATI
H   B&G
I   CRISCO CIN-S MURRAY ROAD
P   401 MURRAY ROAD
    CINCINNATI, OH 45217
T
O
```

**TOTAL DUE**   39,655.20

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | | |
|---|---|---|---|---|---|---|---|---|
| | | 2/20/2022 | 1/6/2022 | 00063047 | 12/22/2021 | FF00080822 | | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|---|
| NET 45 | | 1245318 | | | MNS1 10:30 | | | 1/6/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1000377015 | | 0 | CASE | 5,330.0000 | 5,330.0000 | | 7.44000 | 39,655.20 |
| 5150055026 6/12 oz Crisco Grl Mastr | | | | | | | | |
| Lot No | | | | | | | | |
| 134460506 | | | | | 1,367.0000 | | | |
| 135060506 | | | | | 3,963.0000 | | | |
| CHEP | | 0 | PALL | 27.0000 | 27.0000 | | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 39,655.20 | 0.00 | 0.00 | 0.00 | 39,655.20 |
| | | | | | TOTAL DUE | 39,655.20 |

**FULLFÍLL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | | |
|---|---|---|
| **PAGE** | 1 | |
| **INVOICE DATE** | 1/11/2022 | |
| **INVOICE NO** | 158635 | |

S O L D   T O
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P   T O
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**    46,871.49

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/25/2022 | 1/11/2022 | 00063048 | 12/22/2021 | FF00080909 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|
| NET 45 | 1245329 | | MNS1 13:00 | | | 1/11/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000377015 | 0 | CASE | 1,041.0000 | 1,041.0000 | 7.44000 | 7,745.04 |
| 5150055026 6/12 oz Crisco Grl Mastr | | | | | | |
| Lot No | | | | | | |
| 134460506 | | | | 538.0000 | | |
| 135060506 | | | | 503.0000 | | |
| 1000362025 | 0 | CASE | 3,093.0000 | 3,093.0000 | 12.65000 | 39,126.45 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | |
| Lot No | | | | | | |
| 134760503 | | | | 3,093.0000 | | |
| CHEP | 0 | PALL | 67.0000 | 67.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 46,871.49 | 0.00 | 0.00 | 0.00 | 46,871.49 |
| | | | | **TOTAL DUE** | 46,871.49 |

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| PAGE | 1 |
|---|---|

| INVOICE DATE | 1/6/2022 |
|---|---|
| INVOICE NO | 158595 |

S
O   JMS002
L   B&G
D   CRISCO CIN
T   5204 SPRING GROVE
O   CINCINNATI, OH 45217

S
H   CINCINNATI
I   B&G
P   CRISCO CIN-S MURRAY ROAD
T   401 MURRAY ROAD
O   CINCINNATI, OH 45217

**TOTAL DUE**      24,194.40

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/20/2022 | 1/6/2022 | 00063049 | 12/22/2021 | FF00080830 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245264/1245310 | MNS1 13:00 | 1/6/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000388015 | 0 | CASE | 4,080.0000 | 4,080.0000 | 5.93000 | 24,194.40 |
| 5150070604 6/17 oz Crisco Pro Spray | | | | | | |
| Lot No | | | | | | |
| 134460501 | | | | 272.0000 | | |
| 134560501 | | | | 3,085.0000 | | |
| 134960506 | | | | 723.0000 | | |
| CHEP | 0 | PALL | 30.0000 | 30.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 24,194.40 | 0.00 | 0.00 | 0.00 | 24,194.40 |

| | TOTAL DUE | 24,194.40 |
|---|---|---|

**FULLFILL** INDUSTRIES, LLC

CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

PAGE   1

INVOICE DATE   1/6/2022
INVOICE NO   158596

S O L D
T O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P
T O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE   24,194.40

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|------|------|----------|---------------|----------|------------|---------|--|
| | | 2/20/2022 | 1/6/2022 | 00063050 | 12/22/2021 | FF00080839 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | SHIP DATE |
|-------------------|----------------|----------|--|-----------|
| NET 45 | 1245265/1245311 | MNS1 14:30 | | 1/6/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|--|-------|-------|---------|---------|------------|-----------|
| 1000388015 | | 0 | CASE | 4,080.0000 | 4,080.0000 | 5.93000 | 24,194.40 |
| 5150070804 6/17 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 134460501 | | | | | 304.0000 | | |
| 134560501 | | | | | 1,192.0000 | | |
| 134960506 | | | | | 1,982.0000 | | |
| 135060506 | | | | | 602.0000 | | |
| CHEP | | 0 | PALL | 30.0000 | 30.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|--|---------|------------|---------|-----------|------|-------|
| | 0.00 | 24,194.40 | 0.00 | 0.00 | 0.00 | 24,194.40 |

TOTAL DUE   24,194.40



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-647461

(217)-286-3532

| PAGE | 1 |
|---|---|
| INVOICE DATE | 1/11/2022 |
| INVOICE NO | 158636 |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE    12,298.82

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/25/2022 | 1/11/2022 | 00063051 | 12/22/2021 | FF00080847 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245268/1245315 | MNS1 13:00 | 1/11/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000388015 | | 0 | CASE | 2,074.0000 | 2,074.0000 | 5.93000 | 12,298.82 |
| 5150070604 6/17 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 134960506 | | | | | 680.0000 | | |
| 135060506 | | | | | 1.394.0000 | | |
| CHEP | | 0 | PALL | 16.0000 | 16.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 12,298.82 | 0.00 | 0.00 | 0.00 | 12,298.82 |

TOTAL DUE    12,298.82

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 1/7/2022 |
| **INVOICE NO** | 158606 |

**S O L D T O**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**S H I P T O**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**   60,720.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/21/2022 | 1/7/2022 | 00063052 | 12/22/2021 | FF00080842 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 1245321 | | MSN 1 10:30 | | | 1/7/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000362025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 12.65000 | 60,720.00 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | | |
| Lot No | | | | | | | |
| 132360506 | | | | | 100.0000 | | |
| 134460503 | | | | | 1,387.0000 | | |
| 134560503 | | | | | 2,713.0000 | | |
| 134760503 | | | | | 600.0000 | | |
| CHEP | | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 60,720.00 | 0.00 | 0.00 | 0.00 | 60,720.00 |
| | | | | **TOTAL DUE** | 60,720.00 |

FULLFILL
INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | | |
|---|---|---|
| PAGE | 1 | |
| INVOICE DATE | 1/10/2022 | |
| INVOICE NO | 158617 | |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**   60,720.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/24/2022 | 1/10/2022 | 00063053 | 12/22/2021 | FF00080868 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245325 | MNS113:00 | 1/10/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000362025 | 0 | CASE | 4,800.0000 | 4,800.0000 | 12.65000 | 60,720.00 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | |
| Lot No | | | | | | |
| 134560503 | | | | 1,200.0000 | | |
| 134760503 | | | | 3,600.0000 | | |
| CHEP | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 60,720.00 | 0.00 | 0.00 | 0.00 | 60,720.00 |
| | | | | **TOTAL DUE** | 60,720.00 |

FULLFILL INDUSTRIES, LLC
CU-R5PO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| PAGE | 1 |
|---|---|
| INVOICE DATE | 1/10/2022 |
| INVOICE NO | 158618 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE** 60,720.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/24/2022 | 1/10/2022 | 00063054 | 12/22/2021 | FF00080864 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|
| NET 45 | 1245327/ | MNS1 11:00 | | | 1/10/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000362025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 12.65000 | 60,720.00 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | | |
| Lot No | | | | | | | |
| 134460503 | | | | | 1,500.0000 | | |
| 134560503 | | | | | 2,757.0000 | | |
| 134760503 | | | | | 543.0000 | | |
| CHEP | | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 60,720.00 | 0.00 | 0.00 | 0.00 | 60,720.00 |
| | | | | TOTAL DUE | 60,720.00 |

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | | |
|---|---|---|
| PAGE | | 1 |
| INVOICE DATE | | 1/7/2022 |
| INVOICE NO | | 158607 |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE        33,142.08

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/21/2022 | 1/7/2022 | 00063055 | 12/22/2021 | FF00080850 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | SHIP DATE |
|---|---|---|---|---|
| NET 45 | 1245266/1245312 | MNS1 @14:30 | | 1/7/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000360025 | | 0 | CASE | 3,792.0000 | 3,792.0000 | 8.74000 | 33,142.08 |
| 5150011739 12/6 oz Crisco Orig Spry | | | | | | | |
| Lot No | | | | | | | |
| 133860503 | | | | | 99.0000 | | |
| 134260503 | | | | | 3,693.0000 | | |
| CHEP | | 0 | PALL | 76.0000 | 76.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 33,142.08 | 0.00 | 0.00 | 0.00 | 33,142.08 |
| | | | | | TOTAL DUE | 33,142.08 |

 Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
12/27/2022
CT Log Number 542912824

## Service of Process Transmittal Summary

**TO:**     Corporate Secretary
            B & G FOODS INC.
            C/O SCOTT LERNER 57 CHURCH LN
            SCARSDALE, NY 10583-2923

**RE:**     **Process Served in Delaware**

**FOR:**    B&G Foods North America, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | FULL-FILL INDUSTRIES, L.L.C., an Illinois Limited Liability Company vs. B&G FOODS NORTH AMERICA, INC. |
| **CASE #:** | 2022LA000068 |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/27/2022 at 11:41 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780135989586 |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
866-539-8692
CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Tue, Dec 27, 2022
**Server Name:**             Wilmington Drop Serve

| Entity Served | B&G FOODS NORTH AMERICA, INC |
|---|---|
| Case Number | 2022LA000068 |
| Jurisdiction | DE |

| Inserts | | |
|---|---|---|
| | | |



## CIRCUIT COURT OF ILLINOIS
### Fifth Judicial Circuit
### Vermilion County, Illinois

Full-Fill Industries L.L.C.

Petitioner(s)

vs.

Case No: **2022LA000068**

B&G Foods North America, Inc.

Respondent(s)

Respondent's last known address:
Address: **4 Gatehall Drive**
City/State/Zip: **Parsippany, New Jersey 07054**

Registered agent of Respondent: The Corporation Trust Company,
Corporation Trust Center 1209 Orange St., Wilmington, DE 19801

### SUMMONS
(30 Days)

To the Respondent:

You are summoned and required to file a written answer or other pleading at the Vermilion County Courthouse in the office of the Clerk of the Circuit Court, 7 N Vermilion St, Danville, Illinois, within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**Attention:** E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp

To the Officer:

This Summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date.

(Seal of Court)

December 12                    , 20 22

By: _____

Clerk of the Circuit Court

Name and Address of Petitioner's
Attorney or Petitioner (if not represented
by an attorney):
Name: **Debra Tucker**
Attorney for: **Plaintiff Full-Fill Industries, L.L.C.**
Address: **540 N. LaSalle St.**
City/State/Zip: **Chicago, IL 60654**
Telephone: **312-202-0222**

NOTE: The filing of an appearance or answer with the Clerk of the Circuit Court requires a statutory filing fee payable at the time of filing.

Date of Service: _____ , 20____.
(To be inserted by Officer on copy left with Respondent or other person)

**Melissa Quick**
**Clerk of the Fifth Judicial Circuit Court**
**7 N Vermilion**
**Danville, IL 61832**

EFILED
12/9/2022 1:27 PM
Melissa Quick
Clerk of the Circuit Court
Vermilion County, Illinois
SH, Deputy Clerk

## IN THE CIRCUIT COURT
## FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
## VERMILION COUNTY, DANVILLE, ILLINOIS

| | |
|---|---|
| FULL-FILL INDUSTRIES, L.L.C., <br> an Illinois Limited Liability Company, <br><br>      Plaintiff <br><br> vs. <br><br> B&G FOODS NORTH AMERICA, INC., <br> a Delaware Corporation, <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> )         2022LA000068 <br> )    CASE NO. _____ <br> ) <br> ) <br> )    JURY DEMANDED <br> ) <br> ) |

### COMPLAINT

The Plaintiff Full-Fill Industries, L.L.C. ("Plaintiff"), an Illinois Limited Liability

Company, claims and alleges against the Defendant B&G Foods North America, Inc.

("Defendant"), a Delaware Corporation, as follows:

### NATURE OF THIS ACTION

1.  This lawsuit arises from the Defendant's beach of its contractual obligation to pay

    $903,585.24 for the services provided by the Plaintiff to package the Defendant's cooking

    oils, and the Defendant's bad faith conduct and fraudulent scheme in repeatedly taking

    possession of cooking oils packaged by the Plaintiff while falsely misrepresenting to the

    Plaintiff that the Defendant intended to pay the Plaintiff for its packaging services, for the

    purpose of securing for the Defendant an illicit economic benefit at the Plaintiff's expense

    while the Defendant secretly made arrangements to use a different packager.

1

### PARTIES

## PARTIES

2.  The Plaintiff Full-Fill Industries, L.L.C. is an Illinois Limited Liability Company. The Plaintiff is a family-owned small business with its only place of business at 400 N. Main Street in the Village of Henning, in Vermilion County Illinois.

3.  The Plaintiff provides services to package into aerosol cans spray cooking oils of its customers.

4.  The Defendant B&G Foods North American, Inc. is a Delaware Corporation with its headquarters in Parsippany, New Jersey and is a self-proclaimed "global" company.

5.  The Defendant sells Crisco brand spray cooking oils to its retail and wholesale customers, and the Defendant formerly contracted for the Plaintiff to package the Defendant's oils.

## JURISDICTION AND VENUE

6.  This Court has subject matter jurisdiction over the claims asserted in this Complaint because the Circuit Court of Vermilion County, Illinois is a Court of general subject matter jurisdiction.

7.  Venue is proper in Vermilion County pursuant to Section 2-101(2) of the Code of Civil Procedure, 735 ILCS §5/2-101(2), because Vermilion County is a county "in which the transaction or some part thereof occurred out of which the cause of action arose."

8.  Specifically, in Vermilion County, Illinois, the Plaintiff signed the contract with the Defendant, the Defendant placed orders for the Plaintiff's packing services, and the Defendant required the Plaintiff to perform the Plaintiff's packing services.

9.  Personal jurisdiction over the Defendant exists in the State of Illinois in compliance with due process under the United States and Illinois Constitutions and Illinois' long-arm statute, 735 ILCS §5/2-209, because the Defendant engaged in continuous and substantial business

2

activity in Illinois by marketing and selling its food products in Illinois to its customers, and the Defendant purposely directed its activities at Illinois that give rise to and relate to this cause of action, including, but not limited to, that the Defendant sent orders for the Plaintiff's packing services to the Plaintiff in Illinois, contracted with the Illinois Plaintiff, required by the terms of the contracts for the Plaintiff to perform its packing services only in Illinois, directed communications to the Plaintiff in Illinois, and caused harm to the Plaintiff in Illinois.

## FACTS

10. On about May 9, 2008, American Aero Foods, LLC and J.M. Smucker Company ("Smucker") entered into an agreement entitled the Contract Packing Master Agreement between the J.M. Smucker Company and American Aero Foods, LLC. This Agreement is attached hereto in relevant part as Exhibit 1. Subsequently, the parties executed renewals of the Agreement and a First Amendment to implement a packaging change, which are not relevant to this Complaint.

11. On about July 1, 2017, a Second Amendment to Contract Packing Master Agreement was executed whereby the Plaintiff became a party to the Contract Packing Master Agreement with Smucker in place of American Aero Foods, LLC and the term of the Agreement was extended to April 30, 2022. The Second Amendment is attached hereto as Exhibit 2.

12. A pricing matrix specifying the prices for the Plaintiff's packing services was included as an exhibit to the Agreement and was periodically updated. The pricing matrix in effect in 2021 and 2022 at the time that the Plaintiff provided the packing services that are the subject of this Complaint is attached hereto as Exhibit 3. The Contract Packing Master

3

Agreement and its amendments shall be collectively referred to hereinafter as the "Master Agreement".

13. The Master Agreement provided, among other things, for the Plaintiff to provide services to package Smucker's Crisco brand cooking oils into aerosol cans and for the Defendant to pay for the Plaintiff's packaging services within 45 days from the shipment day of the packaged oils. (Agreement ¶4, Ex. 1; Second Amendment ¶1(g), Ex. 2.)

14. On about December 1, 2020, the Defendant acquired from Smucker its Crisco brand, and Smucker assigned the Master Agreement to the Defendant with the Plaintiff's consent.

15. The Master Agreement states in part:

> From time to time during the Term, [the Defendant] will place Purchase Orders with [the Plaintiff]. The Products which the [Plaintiff] will pack for [the Defendant], and which are covered by the terms of this Agreement, will be specified in the Purchase Orders. All terms regarding quantity, price, Product types and pack styles, and other necessary terms not set forth in this Agreement will be contained in Purchase Orders as mutually agreed upon by the parties. Purchase Orders will be and are hereby incorporated into this Agreement by reference and the terms of this Agreement will be controlling in the event of any inconsistency between terms of a Purchase Order and the terms of this Agreement.

(Agreement ¶4, Ex. 1.)

16. From November 29, 2021 to January 17, 2022, the Plaintiff made packaged Crisco cooking oils available to the Defendant to pick up at the Plaintiff's packaging facility in response to the Defendant's requests, and the Defendant picked up and accepted the packaged cooking oils.

17. However, the Defendant has not paid the $903,585.24 due to the Plaintiff for its services to package the cooking oils.

4

18. When the Defendant took possession of the Crisco cooking oils packaged by the Plaintiff, the Defendant had no intention to pay the Plaintiff for its packaging services.

19. By the Defendant's actions and statements, the Defendant intentionally misled the Plaintiff to falsely believe that the Defendant would pay for the Plaintiff's packaging services.

20. Such actions and statements included, but were not limited to, apologizing to the Plaintiff for past delays in payment and assuring the Plaintiff that payment problems would not continue; providing administrative reasons for delays in payment instead of the true reason that payments were not timely made; setting the Plaintiff up in the Defendant's accounts payable system to purportedly receive ACH payments; and failing to respond to the Plaintiff's inquiries as to what the true issue was that caused payments to cease.

21. Some examples of the Defendant's many statements falsely representing that the Defendant would pay for the packaging services provided by the Plaintiff include the following:

   a. On December 3, 2021, Ms. Eve Owens, in the Defendant's Accounts Payable department for the Defendant's Cincinnati Plant, stated in an e-mail to Ms. Laurie Delhaye, an employee in the Plaintiff's accounting department, and to Mr. Chad Steinbaugh, the Plaintiff's General Manager: "On behalf of B&G Foods I would like to apologize for the delay in payments and thank you for your continued patience during our period of transition. . . Please know that I am continuing to work quickly to get up to speed and hopefully going forward things will continue to smooth out."

   b. On December 8, 2021, Mr. Lenny Jones, plant controller for the Defendant in Cincinnati, Ohio, sent an e-mail to Ms. Delhaye requesting an account statement and assured her that "[w]ith yr end coming up, I want to make sure that any older invoicing issues are resolved."

5

c. On December 16, 2021, Mr. Jones responded to Ms. Delhaye's requests for assurances that the Defendant would timely make future payments by stating in an e-mail to her that: "I am working with the AP team to get you set up with ACH payments to avoid payment issues like this in the future. With these 2 checks posted to the account, please forward me the latest report of outstanding invoices so I can coordinate the processing of them."

d. On about December 16, 2021, an individual from the Defendant's treasury department confirmed to Ms. Delhaye that ACH payment processing was being set up for the Defendant to make payments to the Plaintiff for its packaging services and the individual verified the Plaintiff's ACH banking information with Ms. Delhaye.

22. The Defendant misled the Plaintiff to falsely believe that the Defendant would pay for the Plaintiff's packaging services in order to coerce the Plaintiff to continue to provide packaging services to the Defendant to enable the Defendant to receive as much financial benefit at the Plaintiff's expense as the Defendant could possibly obtain.

23. All the while, the Defendant was securing for itself an alternative service provider to package its cooking oils, but the Defendant did not formally terminate its Master Agreement with the Plaintiff or otherwise inform the Plaintiff that the Defendant had no intention of continuing to do business with the Plaintiff.

24. As a result, the Plaintiff was unable to reconfigure its packaging machinery and to otherwise make arrangements to package products of other customers, and the Plaintiff continued to incur sizable costs to enable it to continue to supply the Defendant with packaging services.

6

### COUNT I
### BREACH OF CONTRACT
### (FAILURE TO PAY FOR PACKAGING SERVICES OFFERED
### FROM NOVEMBER 29, 2021 TO DECEMBER 2, 2021)

25. The Plaintiff realleges and incorporates in their entirety herein the allegations pleaded in Paragraphs 1 to 24 above.

26. Beginning from November 29, 2021 to December 2, 2021 and continuing thereafter, the Plaintiff made packaged Crisco cooking oils available to the Defendant for pick-up at the Plaintiff's packaging facility, and the Plaintiff notified the Defendant in writing of the quantities of the cooking oils available and the price for the Plaintiff's packaging services.

27. The Defendant accepted the Plaintiff's packing services by taking possession of the packaged cooking oils.

28. The Plaintiff issued to the Defendant the invoices attached hereto as Exhibit 4 totaling $162,689.75, which was the agreed-upon price for the Plaintiff's packaging services.

29. As such, a valid and enforceable contract was formed that required the Defendant to pay the invoiced amounts for the Plaintiff's packaging services within 45 days from the shipment dates.

30. The Plaintiff fully performed all of its obligations that were conditions to the Defendant's obligation to pay the Plaintiff for its packaging services.

31. The Defendant has breached its contractual obligation to pay for the Plaintiff's packaging services by not paying the Plaintiff within 45 days from the shipment dates.

32. The Plaintiff has suffered damages as a result of the Defendant's nonpayment.

33. The Defendant's nonpayment for the Plaintiff's packaging services was in bad faith and was for a dishonest purpose, exhibited moral obliquity, and a conscious wrongdoing.

7

WHEREFORE the Plaintiff Full-Fill Industries, L.L.C. prays this Court to enter a judgment in its favor and against the Defendant B&G Foods North America, Inc. awarding the Plaintiff the following relief:

a.  Compensatory damages in the amount of $162,689.75 that the Defendant failed to pay for the Plaintiff's packaging services;

b.  Pre-judgment interest pursuant to applicable law;

c.  Post-judgment interest pursuant to applicable law;

d.  Costs and an award of attorneys' fees under the common law of the State of Ohio applicable pursuant to Section 26 of the Master Agreement; and

e.  All such other and further relief as the Court deems just and proper.

## COUNT II
### BREACH OF CONTRACT
### (FAILURE TO PAY FOR PACKAGING SERVICES OFFERED
### FROM DECEMBER 9, 2021 TO JANUARY 11, 2022)

34.  The Plaintiff realleges and incorporates in their entirety herein the allegations pleaded in Paragraphs 1 to 24 above.

35.  On December 6 and 7, 2021, the Defendant sent to the Plaintiff the Purchase Orders that are attached hereto as Exhibit 5.

36.  In response to the Purchase Orders, the Plaintiff made packaged Crisco cooking oils available to the Defendant for pick-up at the Plaintiff's packaging facility beginning from December 9, 2021 to January 11, 2022 and continuing thereafter, and the Plaintiff notified the Defendant in writing of the quantities of the cooking oils available and the price for the Plaintiff's packaging services.

8

37. The Defendant accepted the Plaintiff's packing services by taking possession of the packaged cooking oils.

38. The Plaintiff issued to the Defendant the invoices attached hereto as Exhibit 5 totaling $225,557.62 for the Plaintiff's packaging services, which was the agreed-upon price for the Plaintiff's packaging services.

39. As such, a valid and enforceable contract was formed that required the Defendant to pay the invoiced amounts for the Plaintiff's packaging services within 45 days from the shipment dates.

40. The Plaintiff fully performed all of its obligations that were conditions to the Defendant's obligation to pay the Plaintiff for its packaging services.

41. The Defendant has breached its contractual obligation to pay for the Plaintiff's packaging services by not paying the Plaintiff within 45 days from the shipment dates.

42. The Plaintiff has suffered damages as a result of the Defendant's nonpayment.

43. The Defendant's nonpayment for the Plaintiff's packaging services was in bad faith and was for a dishonest purpose, exhibited moral obliquity, and a conscious wrongdoing.

WHEREFORE the Plaintiff Full-Fill Industries, L.L.C. prays this Court to enter a judgment in its favor and against the Defendant B&G Foods North America, Inc. awarding the Plaintiff the following relief:

a. Compensatory damages in the amount of $225,557.62 that the Defendant failed to pay for the Plaintiff's packaging services;

b. Pre-judgment interest pursuant to applicable law;

c. Post-judgment interest pursuant to applicable law;

9

    d.  Costs and an award of attorneys' fees under the common law of the State of Ohio

       applicable pursuant to Section 26 of the Master Agreement; and

    e.  All such other and further relief as the Court deems just and proper.

**COUNT III**
**BREACH OF CONTRACT**
**(FAILURE TO PAY FOR PACKAGING SERVICES**
**OFFERED FROM DECEMBER 28, 2021 TO JANUARY 17, 2022)**

44.  The Plaintiff realleges and incorporates in their entirety herein the allegations pleaded in

     Paragraphs 1 to 24 above.

45.  Beginning from December 28, 2021 to January 17, 2022 and continuing thereafter, the

     Plaintiff made packaged Crisco cooking oils available to the Defendant for pick-up at the

     Plaintiff's packaging facility, and the Plaintiff notified the Defendant in writing of the

     quantities of the cooking oils available and the price for the Plaintiff's packaging services.

46.  The Defendant accepted the Plaintiff's packing services by taking possession of the

     packaged cooking oils.

47.  The Plaintiff issued to the Defendant the invoices attached hereto as Exhibit 6 totaling

     $515,337.87. which was the agreed-upon price for the Plaintiff's packaging services.

48.  As such, a valid and enforceable contract was formed that required the Defendant to pay for

     the Plaintiff's packaging services within 45 days from the shipment dates.

49.  The Plaintiff fully performed all of its obligations that were conditions to the Defendant's

     obligation to pay the Plaintiff for its packaging services.

50.  The Defendant has breached its contractual obligation to pay for the Plaintiff's packaging

     services by not paying the Plaintiff within 45 days from the shipment dates.

51.  The Plaintiff has suffered damages as a result of the Defendant's nonpayment.

10

52.  The Defendant's nonpayment for the Plaintiff's packaging services was in bad faith and
     was for a dishonest purpose, exhibited moral obliquity, and a conscious wrongdoing.

         WHEREFORE the Plaintiff Full-Fill Industries, L.L.C. prays this Court to enter a
     judgment in its favor and against the Defendant B&G Foods North America, Inc.
     awarding the Plaintiff the following relief:

     a.  Compensatory damages in the amount of $515,337.87 that the Defendant failed to
         pay for the Plaintiff's packaging services;

     b.  Pre-judgment interest pursuant to applicable law;

     c.  Post-judgment interest pursuant to applicable law;

     d.  Costs and an award of attorneys' fees under the common law of the State of Ohio
         applicable pursuant to Section 26 of the Master Agreement; and

     e.  All such other and further relief as the Court deems just and proper.

## COUNT IV
## PROMISSORY FRAUD

53.  The Plaintiff realleges and incorporates in their entirety herein the allegations pleaded in
     Paragraphs 1 to 24 above.

54.  The Defendant engaged in a scheme and an object to defraud by repeatedly taking
     possession of cooking oils packaged by the Plaintiff without any intention to pay the
     Plaintiff and while making statements to the Plaintiff misrepresenting that the Defendant
     intended to pay.

55.  The Defendant's statements were made with the intent to induce the Plaintiff to continue to
     package the Defendant's cooking oils in reliance on the truth of the Defendant's statements
     in order to extract an illicit financial benefit from the Plaintiff, while the Defendant secretly

11

made arrangements with an alternative packager and precluded the Plaintiff from making arrangements to package cooking oils for other customers.

56.  The Plaintiff was injured from its reliance on the Defendant's false statements because, among other things, the Plaintiff continued to provide the Defendant with packaging services for which the Plaintiff was not paid, incurred costs to continue to package the Defendant's cooking oils, and was precluded from making arrangements to package cooking oils for other customers.

WHEREFORE the Plaintiff Full-Fill Industries, L.L.C. prays this Court to enter a judgment in its favor and against the Defendant B&G Foods North America, Inc. awarding the Plaintiff the following relief:

   a.  Compensatory damages for the packaging services that the Plaintiff provided the Defendant in the amount of $903,585.24, for the costs that the Plaintiff incurred to continue to package the Defendant's cooking oils, and the profits that the Plaintiff lost from not packaging cooking oils for other customers;

   b.  Post-judgment interest pursuant to applicable state law;

   c.  Punitive damages, including, but not limited to, an award of attorneys' fees;

   d.  Costs; and

   e.  All such other and further relief as the Court deems just and proper.

12

Dated: December 8, 2022

Mr. David Clapp, Manager
Plaintiff Full-Fill Industries, L.L.C.

Ms. Debra Tucker, attorney for the Plaintiff
THE TUCKER FIRM, LLC
540 North LaSalle Street
Chicago, Illinois 60654
Phone (312) 202-0222
dtucker@thetuckerfirm.com

13

## **JURY DEMAND**

The Plaintiff Full-Fill Industries, L.L.C. hereby requests a jury on the trial of its claims filed in its Complaint filed in the above-captioned lawsuit.

Mr. David Clapp, Manager
Plaintiff Full-Fill Industries, L.L.C.

14

**EXHIBIT 1**

## CONTRACT PACKING MASTER AGREEMENT
### BETWEEN
### THE J. M. SMUCKER COMPANY
### AND
### AMERICAN AERO FOODS, LLC

This CONTRACT PACKING MASTER AGREEMENT ("Agreement") is made this *9th* day of May, 2008 by and between The J. M. SMUCKER COMPANY and its affiliates, an Ohio corporation with its principal offices at Strawberry Lane, Orrville, Ohio 44667 ("Smucker"), and American Aero Foods, LLC, a Illinois limited liability company with its principal offices at 400 N. Main Street, Henning, IL 61848 and 840 Tourmaline Dr. Newbury Park, Ca 91320 (the "Supplier"). Effective as of July 1, 2008, this Agreement will restate and supercede that certain Contract Packing Master Agreement, dated December 1, 2005, by and between Smucker and Supplier, which agreement will terminate and be of no further force and effect.

1.    Recitals.  Smucker is a manufacturer of food products with specialized knowledge and expertise in the development, manufacturing and marketing of jams, jellies, preserves, peanut butter, edible oils and shortening, baking products, beverages, sweetened condensed and evaporated milk, potato mixes, pancake mixes and syrups, and fruit and non-fruit ice cream and dessert toppings.  The Supplier is a contract packer of food products in specialized packaging. Smucker wishes to have the Supplier pack for Smucker certain oil spray products, on the terms and conditions set forth below.

2.    Definitions.  As used in this Agreement:

   2.1   "GMP Manual" means Smucker's good manufacturing practices manual, provided to the Supplier by Smucker, the provisions of which are incorporated in this Agreement by reference.

   2.2   "Initial Term" means the period beginning July 1, 2008, and ending June 30, 2010.

   2.3   "Location" means the Supplier's facility located at Henning, Illinois or such other facility as may be approved in advance by Smucker.

   2.4   "Production Run" means an order by Smucker for continuous production of the same type and pack style of Products.

   2.5   "Products" means *Crisco®* pan spray products sold under Smucker's brands and trademarks.

   2.6   "Purchase Orders" means purchase orders for the Products in written or

2

electronic format.

2.7 "Renewal Term" means a one-year term immediately following the Initial Term or the preceding Renewal Term, as the case may be, and collectively, all one-year terms following the initial term are "Renewal Terms".

2.8 "Term" means the Initial Term and all Renewal Terms, collectively.

2.9 "SLEA" means Site Level Execution Agreement that describes the processes and procedures related to the services to be provided pursuant to this Agreement. The parties will negotiate the terms of the SLEA in good faith and will attach the SLEA to this Agreement as Exhibit A.

3. Term. This Agreement will remain in effect during the Initial Term. Thereafter, this Agreement will renew automatically for each Renewal Term absent notice by either party of its intent to terminate this Agreement, which notice shall be delivered not less than one hundred twenty (120) days prior to the commencement of a Renewal Term to be effective as of the end of the then current Term.

4. Products; Purchase Orders. The Supplier will produce Products for Smucker, and Smucker agrees to purchase Products from the Supplier as set forth in this Agreement. From time to time during the Term, Smucker will place Purchase Orders with the Supplier. The Products which the Supplier will pack for Smucker, and which are covered by the terms of this Agreement, will be specified in the Purchase Orders. All terms regarding quantity, price, Product types and pack styles, and other necessary terms not set forth in this Agreement will be contained in Purchase Orders as mutually agreed upon by the parties. Purchase Orders will be and are hereby incorporated into this Agreement by reference and the terms of this Agreement will be controlling in the event of any inconsistency between terms of a Purchase Order and the terms of this Agreement.

5. The Supplier's Duties.

5.1 The Supplier will produce, package, label, and handle the Products only at the Location (unless otherwise agreed to by Smucker), in accordance with the terms of this Agreement, the product specifications, if any, in the relevant Purchase Order, the GMP Manual, and the SLEA.

5.2 The Supplier will adhere to any and all regulatory requirements for the production of the Products, and will at Smucker's request make available to Smucker the results of regulatory inspections and sanitation audits conducted at the Location during the term of this Agreement. The Supplier will maintain pest control, sanitation practices, kosher, and allergen labeling consistent with governmental requirements, accepted industry standards, and all requirements of the GMP Manual. In addition, the Supplier will store oil in a dedicated tank.

4

5.3     The Supplier, at all times during reasonable business hours when it is performing any of its services, will permit Smucker to maintain a representative or representatives in all facilities where Smucker ingredients, packaging materials, or Products are stored and processed, and to inspect the facilities and procedures to assure that they are consistent with the terms hereof. If Smucker determines that the Supplier has failed to fulfill any of the requirements set forth herein, then Smucker will give the Supplier written notice of such deficiency and the Supplier will take immediate corrective action.

5.4     The Supplier will perform the following services for Smucker, at no additional cost to Smucker during the term of this Agreement:

a)     Purchasing of and making payment for all ingredients and packaging materials required for production of the Products which are not supplied by Smucker hereunder as set forth in Section 6;

b)     Sampling, testing, and approval of incoming raw materials, pursuant to Smucker's product specifications;

c)     Sampling, testing, and approval of finished Products pursuant to the procedures provided by Smucker;

d)     Relaying to Smucker production, quality, and accounting information within three days of completion of each Production Run;

e)     Providing Smucker with an accurate inventory count of all raw materials provided by Smucker and remaining in the Supplier's possession within two weeks of the completion of each Production Run;

f)     Providing an accurate inventory count of all finished Products in the Supplier's possession at the end of each calendar month.

5.5     No Products will be shipped to Smucker unless they have been produced, tested and approved according to the provisions of this Agreement. Products will be shipped to Smucker only upon Smucker's receipt of a Certificate of Analysis and any other documentation required by the SLEA.

6.     Smucker's Duties. Smucker will provide the Supplier with raw materials oils as specified in the relevant Purchase Orders.

7.     Production Schedule.

7.1     The SLEA set forth in Exhibit A sets forth certain minimum requirements for material procurement, including contact information, Product ordering

and scheduling requirements and order communication requirements.

7.2     The Supplier will produce to the order quantities and schedule requested by Smucker in the relevant purchase orders issued by Smucker from time to time.  If requested Product quantities are not met due to production line downtime or any failures under the Supplier's control and responsibility, the Supplier will take measures, at its cost, to make up the shortages.  If Product shortages are due in any way to conditions under Smucker's control and responsibility, Smucker will provide direction on whether and how to make up the shortage and will be responsible for any associated incremental cost.

7.3     The Supplier will reserve adequate production line time to assure that Smucker's production needs will be met in full and on time.  Smucker will provide a rolling forecast to Supplier to assist Supplier in assuring adequate production line time.  A binding purchase order will be executed four (4) weeks before a production run is scheduled.

7.4     The Supplier agrees to provide to Smucker information and reports, in a format and on a frequency requested by Smucker and agreed to by the Supplier.  Costs for such services will be included in the Supplier's price as referenced in <u>Exhibit B</u>.  Smucker shall have the right to withhold payment if Supplier fails to provide information or reports as mutually agreed. Smucker reserves the right to reduce or discontinue its purchases under this Agreement, its extensions or related purchase orders, if the Supplier fails to meet information or reporting requirements on a recurring basis.

8.      <u>Losses</u>.  The Supplier will be allowed maximum 5% percentage loss factor for Smucker-owned ingredients. The Supplier will reimburse Smucker the value of all Product ingredients used by variances exceeding the standards set forth in the applicable Purchase Order. Losses, if any, will be determined and paid on a quarterly basis.

9.      <u>Pallets</u>. The Supplier will store and ship all Products on 40" x 48" CHEP pallets that are clean and in good working condition. The Supplier is responsible for maintaining a pallet exchange program with Smucker's designated distribution center.

10.     <u>Terms of Payment and Delivery</u>.

10.1    The fees payable to the Supplier by Smucker under this Agreement will be provided in <u>Exhibit B</u> under the heading "Total".  Fees payable will be determined by the type and quantity of Product produced under this Agreement and will be calculated on a per case of Product basis.

10.2    In the event there is a change in the cost of raw materials for the Products,

as such costs are set forth on <u>Exhibit B</u> under the heading "Assumptions", the Supplier will provide evidence to Smucker of the increase or decrease in cost in the form of a letter from the Supplier's supplier of such raw materials. The Supplier and Smucker will mutually agree whether there will be any upward or downward adjustment to the fees payable to the Supplier by Smucker, and <u>Exhibit B</u> will be modified accordingly.   Such fee adjustment will take effect 30 days following receipt of such evidence of price change by Smucker.

10.2   The Supplier will bill Smucker for all per case contract packing fees upon shipment of Products.

7

10.3    After receipt of Products, Smucker reserves the right to reject any Products which do not meet all requirements hereunder. The Supplier agrees to reimburse or credit Smucker for all supplies and raw material which Smucker supplied, if any, and other associated costs of Products properly rejected for which Smucker has already paid the Supplier. Credit for supplies and raw materials supplied by Smucker will be at Smucker's replacement cost.

10.4    Terms are net 30 days from shipment day.

11.    Raw Material: Finished Good Storage.

11.1    The Supplier will store ingredients and packaging materials to be used for the production of the Products under the conditions specified in Smucker's product specifications as set forth in the SLEA.

11.2    Supplier will store finished Products at a Smucker-approved location on the Supplier's premises, at the Supplier's expense, following production of the Products.

12.    Equipment. From time to time Smucker may provide the Supplier with equipment necessary for the Supplier to produce the Products. All such equipment in which the Supplier does not obtain title shall be conspicuously identified as the property of Smucker or as Smucker's equipment, as applicable. The Supplier warrants that it will not itself, nor allow others to, encumber, place any lien upon, or obtain any security interest in such equipment. All such equipment now at the Supplier's location is listed on Exhibit C hereto and will be listed on Exhibit C as it is amended from time to time.

13.    Confidentiality. Smucker and Supplier executed a Mutual Confidentiality-Development Agreement dated _May 9th_, 2008 ("Confidentiality Agreement"). The Confidentiality Agreement is hereby incorporated into this Agreement and its terms will govern the confidentiality obligations of both parties.

14.    Warranties: Indemnification.

14.1.    The Supplier warrants that all Products manufactured and packaged under this Agreement will comply in all respects with the specifications and requirements set forth in Smucker's Product specifications, as such specifications and requirements may be revised from time to time by Smucker, will comply in all respects with the Federal Food, Drug and Cosmetics Act and all other applicable federal, state, and municipal laws and regulations, and will not be adulterated or misbranded.

8

14.2   The Supplier agrees to indemnify Smucker and save it harmless from all claims, costs, expenses, and damages, including attorneys' fees, arising out of or relating to any breach by the Supplier of any express or implied warranties under this Agreement or the failure by the Supplier to fulfill its obligations hereunder, or any injury to any person or persons or damage to any property attributable to such breach or failure, or to the negligence of the Supplier, its officers, directors, employees, or representatives.

14.3   Smucker agrees to indemnify the Supplier and save it harmless from all claims, costs, expenses, and damages, including attorney's fees, which arise out of or in connection with the delivery, sale, or use of the Products after their delivery to Smucker or such other delivery location as Smucker shall designate, except to the extent that any such claims, costs, expenses, or damages arise out of or are related to a failure of the Supplier to manufacture, package, or test such Products in accordance with the requirements and specifications therefor or to any failure on the Supplier's part otherwise to comply with the terms of this Agreement, or to the negligence of the Supplier, its officers, directors, employees, or representatives.

15.   Default and Termination.

15.1   Smucker will have the right without further notice to terminate this Agreement upon the occurrence of any of the following:

a)   A breach by the Supplier of any of the warranties in Section 14.1; or

b)   A default by the Supplier in the performance of any other obligation hereunder and the failure to cure any such default within 30 days after receiving notice thereof from Smucker;

15.2   Upon termination of this Agreement for any reason, the Supplier shall make available to Smucker, for return or disposal, all of the following:

a)   Unused Product labels;

b)   Raw materials or equipment furnished by Smucker and in the Supplier's possession;

c)   Raw materials purchased by the Supplier for use in producing the Products which reasonably would have been used within the next sixty (60) days, based upon production schedules for the Products; and

d)  All finished Products not delivered to or ordered out by Smucker prior to termination.

The Supplier will give a Smucker representative access to its facilities to examine the raw materials and finished Products. If they do not meet specifications, the Supplier will dispose of the raw materials or finished Products according to Smucker's directions. All labels and equipment will be returned to Smucker or shipped to a third party according to Smucker's directions.

15.3  Smucker will reimburse the Supplier on termination for the purchase price paid by the Supplier, if any, for all materials purchased by Supplier for the Products, which are returned to Smucker pursuant to Section 15.2. Smucker also will pay the contract packing fee for finished Product meeting specifications. Shipping costs for items returned or shipped to a third party at Smucker's direction will be the responsibility of Smucker.

16.  Insurance.

16.1  The Supplier will maintain product liability insurance covering the Products manufactured and packaged hereunder, including vendor's liability coverage, in amounts of not less than One Million Dollars ($1,000,000) aggregate, with an insurance carrier of good repute and sound financial condition. Such policy will include Smucker as an additional insured for purposes of this Agreement and will require that Smucker be given at least thirty (30) days' written notice prior to cancellation. The Supplier will furnish Smucker with a certificate evidencing such insurance within ten (10) days after execution of this Agreement.

16.2  The Supplier also will obtain and continue in force during the term of this Agreement workers' compensation insurance with limits in accordance with applicable state and federal laws covering the Supplier's employees. The Supplier will provide Smucker with a certificate showing evidence of this insurance within ten (10) days after execution of this Agreement.

17.  Notices. Any notice required hereunder will be given by hand delivery, by a recognized overnight courier, by facsimile (with a hard copy thereof to follow by regular mail), or by sending the same by certified or registered mail, addressed:

if to Smucker, to:          The J. M. Smucker Company
                            5204 Spring Grove Avenue
                            Cincinnati, Ohio 45217
                            Attn: Peter Fluegeman

10

| | |
|---|---|
| with a copy to: | The     J.     M.     Smucker     Company<br>Strawberry                                  Lane<br>Orrville,                    Ohio              44667<br>Attn: Legal Department |
| If to the Supplier, to: | American Acro Foods, LLC<br>400 N. Main Street<br>Henning, Illinois 61848<br>Attn: David L Clapp |
| With a copy to: | Acton & Snyder<br>11 E. North Street<br>Danville, Illinois 61832<br>Attn: Pat Wolgamot |

or to such other address as either party may advise pursuant to a notice given as herein provided. Notices delivered by hand or by facsimile will be deemed received upon actual receipt.

18. <u>Intellectual Property</u>. Smucker represents and warrants that it is the owner or licensee of the trademarks, patents, assets, and goodwill relating to the Products.

19. <u>Assignment</u>. This Agreement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns, but may not be assigned by either party without the prior written consent of the other. Any change in the control of either party will be deemed an assignment hereunder.

20. *Force Majeure*. Failure of either party to perform any of its obligations under this Agreement as a result of reasons beyond its reasonable control, including, but not limited to, strikes, labor disputes, fire, Acts of God, and acts or orders of any government, will not constitute a default under or breach of this Agreement; *provided, however,* that if such an event will prevent the Supplier from performing hereunder during a period of sixty (60) consecutive days during which all or part of a Production Run is scheduled, Smucker, at its option, may terminate this Agreement.

21. <u>Failure or Delay</u>. No failure or delay by either party in exercising any right arising out of breach of any provision of this Agreement will de deemed a waiver of such right. No waiver of a right in one instance will be deemed to waive any rights with regard to similar circumstances in the future. No notice or demand, in a case where it is not required by this Agreement, will entitle the recipient to any similar notice or demand in subsequent similar circumstances.

22. <u>Approval or Consent</u>. Wherever the terms of this Agreement require the approval or consent of Smucker or the Supplier, such approval or consent will not be unreasonably withheld.

11

23. <u>Records</u>. The Supplier agrees to maintain complete records on Products produced under this Agreement in a form satisfactory to Smucker. The Supplier further agrees to keep all records pertaining to this Agreement for a period of three (3) years from the date of production of the Products with regard to which such records relate, or for such lesser or greater period of time as may be agreed upon in writing by Smucker.

24. <u>Entire Agreement</u>. This Agreement sets forth the entire agreement and understanding between Smucker and the Supplier, supersedes all prior agreements and understandings between them with respect to the subject matter of this Agreement, and is binding upon their respective successors and permitted assigns.

25. <u>Modification</u>. No amendments, modifications, waivers, or supplements to this Agreement will be enforceable against or binding upon Smucker and the Supplier unless evidenced by a written instrument expressly referring to this Agreement and executed by the duly authorized representatives of both of them.

26. <u>Governing Law</u>. The formation, validity, construction and performance of this Agreement will be governed by and construed in accordance with the laws of the State of Ohio without regard to provisions of conflicts of law.

THE J. M. SMUCKER COMPANY     AMERICAN AERO FOODS, LLC

By: _____     By: _____

Name                            Name
In Print: Steven Oakland        In Print: DAVID L. CLAPP

Title: VP.& General Manager,    Title: CEO
       Consumer Oils & Baking

12

EXHIBIT 2



## SECOND AMENDMENT TO CONTRACT PACKING MASTER AGREEMENT

This Second Amendment to Contract Packing Master Agreement (this "**Second Amendment**") is entered into as of the 1st day of July, 2017 among The J. M. Smucker Company, with a place of business at 1 Strawberry Lane, Orrville, Ohio 44667 ("**Smucker**"), and Full-Fill Industries, LLC. (formerly American Aero Foods, LLC) with a place of business at 400 North Main Street, Henning, Illinois 61848 ("**Supplier**").

### RECITALS

Smucker and Supplier entered into a Contract Packing Master Agreement on May 9, 2008 (the "**Agreement**") and then amended the Agreement on October 29, 2009 (the "**First Amendment**"). Smucker and Supplier now desire to modify the Agreement and First Amendment in accordance with the terms of this Second Amendment.

Smucker and Supplier agree to enter into this Second Amendment in the short term, with the intention of implementing a new form of a master contract manufacturing agreement within the first year of this Second Amendment that will ultimately govern the parties' relationship.

### TERMS AND CONDITIONS

1.  <u>AMENDMENT TO AGREEMENT.</u>

    (a)  Section 2.1 is deleted its entirety and replaced with the following:

    "Quality Procedure Expectations: Contract Manufacturer" means Smucker's Quality Procedure Expectations: Contract Manufacturer, provided to Supplier by Smucker (as the same may be updated and provided to Supplier from time to time by or on behalf of Smucker), the provisions of which are (and shall be) incorporated into this Agreement by reference."

    (b)  Section 2.2 is deleted its entirety and replaced with the following:

    "Initial Period" means the period beginning July 1, 2008 and ending April 30, 2022.

    (c)  Section 2.5 is deleted its entirety and replaced with the following:

    "Products" means *Crisco*® and *Pillsbury*® pan spray products sold under Smucker's brands and trademarks.

    (d)  Section 3 is deleted in its entirety and replaced with the following:

    "<u>Term</u>. This Agreement will remain in effect during the Initial Term."

    (e)  Sections 5.1 and 5.2 is modified to replace the reference of "GMP Manual" with "Quality Procedure Expectations: Contract Manufacturer."

    (f)  Section 7.5 is added as follows:

    "For each of the Products, Supplier shall prepare, maintain and provide to Smucker, in Smucker's required format, a safety data sheet ("SDS") in compliance with all federal, state and local laws, rules and regulations, including the Hazard Communication Standard (29 CFR 1910.1200) ("HCR"). Supplier represents and warrants that the information contained in a SDS is (i) accurate and (ii) complete regarding the sections Supplier is required to include under HCR. Supplier shall indemnify, defend and hold Smucker harmless from all third-party claims, costs, expenses, and

Confidential



damages, including attorneys' fees, arising out of or relating to a SDS, except to the extent caused by Smucker's negligence."

(g) Section 10.4 is deleted in its entirety and replaced with the following:

"Terms are net 45 days from shipment day."

(h) Schedule B is deleted in its entirety and replaced with the attached Schedule B.

2.     REMAINDER OF AGREEMENT UNMODIFIED.  All other terms and conditions of the Agreement will remain in full force and effect.  Any capitalized terms not defined in this Amendment shall have the meaning defined in the Agreement.

N WITNESS WHEREOF, the parties have executed this Second Amendment with the intent to be legally bound.

THE J. M. SMUCKER COMPANY            FULL-FILL INDUSTRIES, LLC

_____              _____
Signature                            Signature

_____              _____
Printed Name                         Printed Name  DAVID L. CLAPP

_____              _____
Title                                Title  CEO / President

Confidential

DEC 18, 2017    JM SMUCKER Pricing Matrix                    SCHEDULE "B"

| | Size | Product Description | Volume | OIL ADJ. PER/CS | SEE PRICE EFFECTIVE FEB 1, 2018 | OIL TYPE | OIL LBS/M USED | PREV OIL CONTRACT | JM Smucker COST OR/COST | CASE PACK | COST/OFF NEW-OLD | OIL COST | Butter Ing. | Other IMG. | CAN | VALVE | Moritz Button | Shroud | Sleeve | CAP | Glue | CARTON Wrap | Pallet & | TOLL | TOTAL | TOTAL CASE COST | Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/5 | Crisco Flour | | 0.0000 | $9.93 | Canola | 231.0844 | 0 | 0 | 12 | 0 | $0.00 | | $83.72 | $388.91 | $77.35 | | | | $55.10 | | $22.12 | $10.00 | | $827.20 | $5.93 | |
| 70801 | 9/14 | Crisco ProSpray | | 0.0000 | $5.86 | Canola | 698.7589 | 0 | 0 | 12 | 0 | $0.00 | | $83.72 | $316.20 | $79.82 | | | | $45.06 | | $22.12 | $10.00 | | $746.86 | $8.96 | $0.97 |
| | | | | | | | | 0 | 0 | 6 | 0 | $0.00 | | $102.04 | $396.62 | $78.50 | | | | $80.05 | | $48.76 | $10.00 | | $915.97 | $5.86 | |
| 70802 | 8/21 | Crisco ProSpray | | 0.0000 | $7.51 | Canola | 1039.026 | 0 | 0 | 6 | 0 | $0.00 | | $102.04 | $321.20 | $79.82 | | | | $80.05 | | $48.76 | $10.00 | | $901.87 | $5.41 | $0.45 |
| | | | | | $5.93 | Canola | 1050.026 | 0 | 0 | 6 | 0 | $0.00 | | $152.17 | $598.56 | $80.50 | | | | $92.75 | | $57.54 | $10.00 | | $1,251.92 | $2.51 | |
| 11730 | 12/6 | Crisco Regular - Moritz | | 0.0000 | $10.69 | Canola | 308.5429 | 0 | 0 | 12 | 0 | $0.00 | | $152.17 | $356.50 | $80.50 | | | | $80.05 | | $48.76 | $10.00 | $260.00 | $907.98 | $5.93 | |
| | | | | 0.0000 | $8.87 | Canola | 308.5429 | 0 | 0 | 12 | 0 | $0.00 | | $48.95 | $433.69 | $67.00 | $84.00 | $34.00 | $10.00 | $0.00 | $0.95 | $21.08 | $10.00 | | $690.47 | $10.69 | |
| | | | | 0.0000 | $8.74 | Canola | 308.5429 | 0 | 0 | 12 | 0 | $0.00 | | $48.95 | $316.20 | $67.00 | $84.00 | $0.00 | $10.00 | $0.00 | $0.95 | $21.08 | $10.00 | | $738.98 | $8.87 | |
| 72004 | 12/6 | Crisco Butter - Moritz | | 0.0000 | $8.92 | Canola | 308.5429 | 0 | 0 | 12 | 0 | $0.00 | | $48.95 | $316.20 | $65.07 | $33.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.08 | $10.00 | | $228.30 | $8.74 | |
| | | | | 0.0000 | $11.16 | Canola | 304.5083 | 0 | 0 | 12 | 0 | $0.00 | $539.26 | $48.95 | $316.20 | $79.82 | $0.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.08 | $10.00 | $100.00 | $710.05 | $8.52 | $1.87 |
| | | | | 0.0000 | $9.39 | Canola | 304.5083 | 0 | 0 | 12 | 0 | $0.00 | $539.26 | $49.51 | $433.69 | $67.00 | $84.00 | $34.00 | $10.00 | $0.00 | $0.95 | $21.08 | $10.00 | | $930.29 | $11.16 | |
| | | | | 0.0000 | $9.22 | Canola | 304.5083 | 0 | 0 | 12 | 0 | $0.00 | $539.26 | $49.51 | $316.20 | $67.00 | $84.00 | $0.00 | $10.00 | $0.00 | $0.95 | $21.08 | $10.00 | | $778.80 | $9.39 | |
| | | | | 0.0000 | $9.00 | Canola | 304.5083 | 0 | 0 | 12 | 0 | $0.00 | $539.26 | $49.51 | $316.20 | $65.07 | $33.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.08 | $10.00 | | $769.12 | $9.22 | |
| 70583 | 12/5 | Crisco Olive Oil - Moritz | | 0.0000 | $10.59 | Olive Oil | 257.4981 | 0 | 0 | 12 | 0 | $0.00 | | $49.51 | $316.20 | $79.82 | $0.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.08 | $10.00 | $100.00 | $749.87 | $9.00 | $2.16 |
| | | | | 0.0000 | $8.77 | Olive Oil | 257.4981 | 0 | 0 | 12 | 0 | $0.00 | | $41.04 | $433.69 | $67.00 | $84.00 | $34.00 | $10.00 | $0.00 | $0.95 | $21.08 | $10.00 | | $882.56 | $10.59 | |
| | | | | 0.0000 | $8.64 | Olive Oil | 257.4981 | 0 | 0 | 12 | 0 | $0.00 | | $41.04 | $316.20 | $67.00 | $84.00 | $0.00 | $10.00 | $0.00 | $0.95 | $21.08 | $10.00 | | $731.07 | $8.77 | |
| 5150055018 | 8/12 | Crisco Cook Pro | | 0.0000 | $8.43 | Olive Oil | 257.4981 | 0 | 0 | 12 | 0 | $0.00 | | $41.04 | $316.20 | $65.07 | $33.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.08 | $10.00 | | $720.39 | $8.64 | |
| | | | | 0.0000 | $5.88 | Canola | 0 | 0 | 0 | 8 | 0 | $0.00 | | $41.04 | $316.20 | $79.82 | $0.00 | $0.00 | $0.00 | $53.20 | $0.00 | $21.08 | $10.00 | $100.00 | $702.14 | $8.43 | $2.16 |
| 5150055021 | 8/12 | Crisco Saute Expert | | 0.0000 | $5.88 | Canola | 0 | 0 | 0 | 8 | 0 | $0.00 | | $94.56 | $409.16 | $78.50 | $0.00 | $0.00 | $0.00 | $99.53 | $0.00 | $28.95 | $10.00 | | $980.70 | $5.88 | |
| | | | | | | | | 0 | 0 | 6 | 0 | $0.00 | | $94.56 | $321.20 | $78.50 | $0.00 | $0.00 | $0.00 | $92.42 | $0.00 | $28.95 | $10.00 | | $886.95 | $5.32 | $0.56 |
| 5150055021 | 8/12 | Crisco Grill | | 0.0000 | $8.01 | Canola | 0 | 0 | 0 | 6 | 0 | $0.00 | | $94.56 | $409.16 | $78.50 | $0.00 | $0.00 | $0.00 | $99.53 | $0.00 | $28.95 | $10.00 | | $980.70 | $5.88 | |
| | | | | | | | | 0 | 0 | 6 | 0 | $0.00 | | $94.56 | $321.20 | $79.82 | $0.00 | $0.00 | $0.00 | $92.42 | $0.00 | $28.95 | $10.00 | | $886.95 | $5.32 | $0.56 |
| 70808 | 8/21 | Crisco Pro Olive Oil | | 0.0000 | $7.30 | Olive Oil | 0 | 0 | 0 | 6 | 0 | $0.00 | | $448.42 | $409.16 | $78.50 | $0.00 | $0.00 | $0.00 | $99.53 | $0.00 | $28.95 | $10.00 | $260.00 | $1,240.81 | $7.44 | $0.57 |
| | | | | | | | | | | 6 | 0 | $0.00 | | $139.40 | $598.56 | $80.50 | $0.00 | $0.00 | $0.00 | $80.05 | $0.00 | $48.76 | $10.00 | | $1,217.27 | $7.30 | |

Oil Pricing Effective

| | | | |
|---|---|---|---|
| | PHW SOYBEAN | 0 | |
| | SOYBEAN | 0 | |
| | CORN | 0 | |
| | Canola/Sun | 0 | |
| | OLIVE | 0 | |

[redacted] Updated Toll Fees reduced by $5m retail and $10m Food Service

Yellow - Can Change, Eliminate Sleeve

Blue - Can Change to DSC, Eliminate Sleeve, Eliminate Moritz Button, Change Valve , Add Button , Add Cap

Orange - Can Change to DSC , Change Cap

Red - Can Change to DS CAN, Eliminate Sleeve, Eliminate Moritz Button, Valve w/button ON, Add Cap

BALL CAN - % increase Beginning FEB 2018



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-447401

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 12/1/2021 |
| INVOICE NO | 158206 |

S O L D T O
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P T O
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**     21,524.86

this is for customer PO 1239104 and 1239105
this invoice is the total of both

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 1/15/2022 | 12/1/2021 | 00062655 | 11/22/2021 | FF00080225 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | SHIP DATE |
|---|---|---|---|---|
| NET 45 | 6501243/1239167 | Benefit 14;00 | | 12/1/2021 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000361025 | 0 | CASE | 1,926.0000 | 1,926.0000 | 9.22000 | 17,757.72 |
| 5150072004 12/8 oz Crisco Butr Spry | | | | | | |
| Lot No | | - | | | | |
| 131660503 | | | | 30.0000 | | |
| 132360503 | | | | 1,887.0000 | | |
| 1000360025 | 0 | CASE | 431.0000 | 431.0000 | 8.74000 | 3,766.94 |
| 5150011739 12/6 oz Crisco Orig Spry | | | | | | |
| Lot No | | | | | | |
| 128060506 | | | | 31.0000 | | |
| 128160506 | | | | 69.0000 | | |
| 130260503 | | | | 100.0000 | | |
| 130360503 | | | | 231.0000 | | |
| CHEP | 0 | PALL | 27.0000 | 27.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 21,524.66 | 0.00 | 0.00 | 0.00 | 21,524.66 |
| | | | | TOTAL DUE | 21,524.66 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-286-3532

| | | |
|---|---|---|
| **PAGE** | 1 | |
| **INVOICE DATE** | 12/2/2021 | |
| **INVOICE NO** | 158223 | |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**    24,194.40

customer PO 1239102 OX

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 1/16/2022 | 12/2/2021 | 00062656 | 11/22/2021 | FF00080270 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 6501240/1239164 | | Global Tran 14:00 | | | 12/2/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000388015 | | 0 | CASE | 4,080.0000 | 4,080.0000 | 5.93000 | 24,194.40 |
| 5150070604 6/17 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 132360501 | | | | | 4,080.0000 | | |
| CHEP | | 0 | PALL | 30.0000 | 30.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 24,194.40 | 0.00 | 0.00 | 0.00 | 24,194.40 |
| | | | | | **TOTAL DUE** | 24,194.40 |

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| PAGE | 1 |
|---|---|
| INVOICE DATE | 11/29/2021 |
| INVOICE NO | 158183 |

SOLD TO:
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

SHIP TO:
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE** 22,866.08

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 1/13/2022 | 11/29/2021 | 00062657 | 11/22/2021 | FF00080195 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 6501241/1239165 | Benefit 13:00 | 11/29/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000388015 | | 0 | CASE | 3,856.0000 | 3,856.0000 | 5.93000 | 22,866.08 |
| 5150070804 6/17 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 131060501 | | | | | 78.0000 | | |
| 132360501 | | | | | 3,778.0000 | | |
| CHEP | | 0 | PALL | 29.0000 | 29.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 22,866.08 | 0.00 | 0.00 | 0.00 | 22,866.08 |
| | | | | TOTAL DUE | 22,866.08 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

CU-RSPO SCC-847451

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 11/30/2021 |
| **INVOICE NO** | 158193 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**      60,720.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 1/14/2022 | 11/30/2021 | 00062658 | 11/22/2021 | FF00080211 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1239097 | Benefit 10:00 | 11/30/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000362025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 12.65000 | 60,720.00 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | | |
| Lot No | | | | | | | |
| 131060506 | | | | | 56.0000 | | |
| 132360506 | | | | | 4,744.0000 | | |
| CHEP | | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 60,720.00 | 0.00 | 0.00 | 0.00 | 60,720.00 |
| | | | | **TOTAL DUE** | 60,720.00 |

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SGC-447481

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | | |
|---|---|---|
| PAGE | 1 | |
| INVOICE DATE | 11/29/2021 | |
| INVOICE NO | 158184 | |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**      33,384.61

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | | |
|---|---|---|---|---|---|---|---|---|
| | | 1/13/2022 | 11/29/2021 | 00062659 | 11/22/2021 | FF00080189 | | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|---|
| NET 45 | | 1239098 | | | Benefit 10:30 | | | 11/29/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| CHEP | | 0 | PALL | 52.0000 | 52.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |
| | | | | | | | |
| 1000377015 | | 0 | CASE | 194.0000 | 194.0000 | 7.44000 | 1,443.36 |
| 5150055026 6/12 oz Crisco Grl Mastr | | | | | | | |
| Lot No | | | | | | | |
| 127460501 | | | | | 194.0000 | | |
| | | | | | | | |
| 1000362025 | | 0 | CASE | 2,525.0000 | 2,525.0000 | 12.65000 | 31,941.25 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | | |
| Lot No | | | | | | | |
| 132360506 | | | | | 2,525.0000 | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 33,384.61 | 0.00 | 0.00 | 0.00 | 33,384.61 |
| | | | | TOTAL DUE | 33,384.61 |

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 12/9/2021 |
| INVOICE NO | 158343 |

| SOLD TO | SHIP TO |
|---|---|
| JMS002<br>B&G<br>CRISCO CIN<br>5204 SPRING GROVE<br>CINCINNATI, OH 45217 | CINCINNATI<br>B&G<br>CRISCO CIN-S MURRAY ROAD<br>401 MURRAY ROAD<br>CINCINNATI, OH 45217 |

**TOTAL DUE**    41,952.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 1/23/2022 | 12/9/2021 | 00062853 | 12/6/2021 | FF00080416 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1241766/1241865 | MNS1 12:00 | 12/9/2021 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000360025 | 0 | CASE | 4,800.0000 | 4,800.0000 | 8.74000 | 41,952.00 |
| 5150011739 12/6 oz Crisco Orig Spry | | | | | | |
| Lot No | | | | | | |
| 133860503 | | | | 4,800.0000 | | |
| CHEP | 0 | PALL | 48.0000 | 48.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

Happy Holidays

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 41,952.00 | 0.00 | 0.00 | 0.00 | 41,952.00 |
| | | | | | TOTAL DUE | 41,952.00 |



**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Information:**

| | |
|---|---|
| PO Number: | 1241766 OX |
| Date | 12/06/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

Page 1 of 4

**Note**

*"SHIPMENT # ST 6526477 / OT 1241865"*

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | 5150011739 **Delivery Date: 12/10/2021** | 4800.00 | CA | USD 8.8500/1 CA | USD 42480.00 |
| | Specifications # 5150011739*OP10 **CR 6 OZ ORIGINAL SPRAY** | | | | |
| | Release order against contract 00008633 | | | | |
| | Gross Price          USD      CA      42480.00 | | | | |
| | Part No. 15113896 RBD PURITAN OIL | 17694.14 | LB | | |

| | | | |
|---|---|---|---|
| Net value incl. disc | USD 42480.00 | Total Amount | ᴜSD 42480.00 |
| Other Charges | USD 0.00 | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**

_____
(Authorized Signature)

**DATE**

**⨺FULLFILL**
INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Hanning, IL 61848-0158

(217)-286-3532

PAGE 1

INVOICE DATE 12/28/2021
INVOICE NO 158522

S O L D   T O
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P   T O
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE 44,256.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|------|------|----------|---------------|----------|------------|---------|--|
| | | 2/11/2022 | 12/28/2021 | 00062850 | 12/3/2021 | FF00080694 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|-------------------|----------------|----------|-----------|
| NET 45 | 1241804/1241873 | Benefit 10:00 | 12/28/2021 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|-------|---------|---------|------------|-----------|
| 1000361025 | 0 | CASE | 4,800.0000 | 4,800.0000 | 9.22000 | 44,256.00 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | |
| Lot No | | | | | | |
| 132360503 | | | | 200.0000 | | |
| 133660503 | | | | 600.0000 | | |
| 133760503 | | | | 600.0000 | | |
| 134260503 | | | | 900.0000 | | |
| 134360503 | | | | 2,500.0000 | | |
| CHEP | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---------|------------|---------|-----------|------|-------|
| 0.00 | 44,256.00 | 0.00 | 0.00 | 0.00 | 44,256.00 |
| | | | | TOTAL DUE | 44,256.00 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

<u>Bill To:</u>
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

<u>Ship To:</u>
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Information:**

| | |
|---|---|
| **PO Number:** | 1241804 OX |
| **Date** | 12/06/2021 |
| **Vendor No:** | 117513 |
| **Currency:** | USD |
| **Payment Term:** | Net 45 Days |
| **Buyer:** | SERVICE ACCOUNT - JOB SCHEDULE |
| **Phone Number:** | |
| **Freight Terms:** | |
| **Delivery Instructions:** | |

Page 1 of 4

**Note**

**SHIPMENT # ST 6526481 / OT 1241873**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | 5150072004        **Delivery Date: 12/10/2021**<br>Specifications # 5150072004*OP10<br>**CR 6 OZ BUTTER SPRAY**<br><br>Release order against contract 00008633<br><br>Gross Price            USD      CA      44736.00<br><br>Part No. 15113898<br>RBD PURITAN OIL | 4800.00<br><br><br><br><br><br><br>17576.64 | CA<br><br><br><br><br><br><br>LB | USD 9.3200/1 CA | USD 44736.00 |

| | | | |
|---|---|---|---|
| Net value incl. disc | USD 44736.00 | **Total Amount** | **USD 44736.00** |
| Other Charges | USD 0.00 | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                                                    **DATE**

_____                    _____
(Authorized Signature)



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847481

(217)-286-3532

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 12/29/2021 |
| **INVOICE NO** | 158534 |

S O L D T O
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P T O
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE** 44,256.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/12/2022 | 12/29/2021 | 00062849 | 12/3/2021 | FF00080741 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1241803/1241870 | MNS1 9:00 | 12/29/2021 |

| ITEM ID | TX CL UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1000361025 | 0    CASE | 4,800.0000 | 4,800.0000 | 9.22000 | 44,256.00 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | |
| Lot No | | | | | |
| 133660503 | | | 456.0000 | | |
| 133760503 | | | 3,466.0000 | | |
| 133860503 | | | 478.0000 | | |
| 134260503 | | | 259.0000 | | |
| 134360503 | | | 141.0000 | | |
| CHEP | 0    PALL | 48.0000 | 48.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 44,256.00 | 0.00 | 0.00 | 0.00 | 44,256.00 |
| | | | | **TOTAL DUE** | 44,256.00 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Information:**

| | |
|---|---|
| PO Number: | 1241803 OX |
| Date | 12/06/2021 |
| Vendor No· | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

Page 1 of 4

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

*\*\*SHIPMENT #ST 6526480 / OT 1241870\*\**

| Line | Material/Description | | | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | **5150072004** | **Delivery Date: 12/10/2021** | | 4800.00 | CA | USD 9.3200/1 CA | USD 44736.00 |
| | Specifications # 5150072004*OP10 | | | | | | |
| | **CR 6 OZ BUTTER SPRAY** | | | | | | |
| | Release order against contract 00008633 | | | | | | |
| | Gross Price | USD | CA | 44736.00 | | | |
| | Part No. 15113896 | | | 17576.64 | LB | | |
| | RBD PURITAN OIL | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Net value incl. disc | USD 44736.00 | | | **Total Amount** | **USD 44736.00** |
| Other Charges | USD 0.00 | | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING.  PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT.  PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS.  CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE.  TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE.  IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER.  THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY.  FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE** _____   **DATE** _____

(Authorized Signature)

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-447461

Full-Fill Industries
400 N. Main St
P.O, Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/3/2022 |
| INVOICE NO | 158549 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE** 4,342.62

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/17/2022 | 1/3/2022 | 00062851 | 12/3/2021 | FF00080737 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | | SHIP DATE |
|---|---|---|---|---|---|
| NET 45 | 1241801/1241874 | | MNS1 13:00 | | 1/3/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000361025 | 0 | CASE | 471.0000 | 471.0000 | 9.22000 | 4,342.62 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | |
| Lot No | | | | | | |
| 133860503 | | | | 71.0000 | | |
| 134360503 | | | | 354.0000 | | |
| 134460503 | | | | 46.0000 | | |
| CHEP | 0 | PALL | 5.0000 | 5.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,342.62 | 0.00 | 0.00 | 0.00 | 4,342.62 |
| | | | | TOTAL DUE | 4,342.62 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Information:.**

| | |
|---|---|
| **PO Number:** | 1241601 OX |
| **Date** | 12/06/2021 |
| **Vendor No:** | 117513 |
| **Currency:** | USD |
| **Payment Term:** | Net 45 Days |
| **Buyer:** | SERVICE ACCOUNT - JOB SCHEDULE |
| **Phone Number:** | |
| **Freight Terms:** | |
| **Delivery Instructions:** | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

Page 1 of 4

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

**SHIPMENT # ST 6526482 / OT 1241874**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150072004**      **Delivery Date: 12/10/2021** <br> Specifications # 5150072004*OP10 <br> **CR 6 OZ BUTTER SPRAY** <br><br> Release order against contract 00008633 <br><br> Gross Price      USD    CA     4389.72 <br><br> Part No. 15113895 <br> RBD PURITAN OIL | 471.00 <br><br><br><br><br><br><br> *1724.71 | CA <br><br><br><br><br><br><br> LB | USD 9.3200/1 CA | USD 4389.72 |

| Net value incl. disc | USD 4389.72 | | **Total Amount** | **USD 4389.72** |
|---|---|---|---|---|
| Other Charges | USD 0.00 | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                                     **DATE**

(Authorized Signature)



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-286-3532

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 1/3/2022 |
| **INVOICE NO** | 158550 |

S O L D
T O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P
T O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**      28,835.30

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/17/2022 | 1/3/2022 | 00062864 | 12/7/2021 | FF00080756 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1242212/1242215 | MNS1 14:30 | 1/3/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000387015 | | 0 | CASE | 5,330.0000 | 5,330.0000 | 5.41000 | 28,835.30 |
| 5150070601 6/14 oz Crisco Spray | | | | | | | |
| Lot No | | | | | | | |
| 133760506 | | | | | 647.0000 | | |
| 134060506 | | | | | 4,683.0000 | | |
| CHEP | | 0 | PALL | 26.0000 | 26.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 28,835.30 | 0.00 | 0.00 | 0.00 | 28,835.30 |
| | | | | **TOTAL DUE** | 28,835.30 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Purchase Order**

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Information:**

| | |
|---|---|
| PO Number: | 1242212 OX |
| Date | 12/07/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

Page 1 of 4

**Note**

*"SHIPMENT # ST 6528996 / OT 1242215"*

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150070601**    **Delivery Date: 12/13/2021**<br><br>Specifications # 5150070601*OP10<br>**CR 14 OZ PAN RELEASE SPRAY**<br><br>Release order against contract 00008533<br><br>Gross Price             USD        CA        28835.30<br><br>Part No. 15113896<br>RBO PURITAN OIL | 5330.00<br><br><br><br><br><br><br><br><br>22420.54 | CA<br><br><br><br><br><br><br><br><br>LB | USD 5.4100/1 CA | USD 28835.30 |

| Net value incl. disc | USD 28835.30 | | | Total Amount | USD 28835.30 |
|---|---|---|---|---|---|
| Other Charges | USD 0.00 | | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                                                                 **DATE**

_____
(Authorized Signature)

**FULLFILL** INDUSTRIES, LLC

CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/4/2022 |
| INVOICE NO | 158561 |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**      15,013.04

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/18/2022 | 1/4/2022 | 00062854 | 12/6/2021 | FF00080440 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1241802/1241869 | MNS1 14:30 | 1/4/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000375015 | | 0 | CASE | 2,822.0000 | 2,822.0000 | 5.32000 | 15,013.04 |
| 5150055018 6/12 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 133760506 | | | | | 2,002.0000 | | |
| 134060506 | | | | | 820.0000 | | |
| CHEP | | 0 | PALL | 14.0000 | 14.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business..

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 15,013.04 | 0.00 | 0.00 | 0.00 | 15,013.04 |
| | | | | TOTAL DUE | 15,013.04 |



**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**B&G Foods North America, Inc.**
4 Galahall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Purchase Order**

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Information:**

| | |
|---|---|
| PO Number: | 1241802 OX |
| Date | 12/06/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

Page 1 of 4

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

*\*\*SHIPMENT # ST 6526479 / QT 1241869\*\**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | 5150055018 <br> **Delivery Date: 12/10/2021** <br> Specifications # 5150055018\*OP10 <br> **CR 12 OZ COOKING PRO SPRAY** <br><br> Release order against contract 00008633 <br><br> Gross Price        USD      CA       15154.14 <br><br> Part No. 15113896 <br> RBD PURITAN OIL | 2822.00 <br><br><br><br><br><br><br><br> 9684.38 | CA <br><br><br><br><br><br><br><br> LB | USD  5.3700/1 CA | USD  15154.14 |
| | Net value incl. disc <br> Other Charges | USD 15154.14 <br> USD 0.00 | | **Total Amount** | **USD  15154.14** |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                                                              **DATE**

                     (Authorized Signature)



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-288-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/4/2022 |
| INVOICE NO | 158562 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE     19,508.46

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/18/2022 | 1/4/2022 | 00062865 | 12/7/2021 | FF00080791 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 1242213/1242217 | | MNS1 13:00 | | | 1/4/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000367015 | 0 | CASE | 3,606.0000 | 3,606.0000 | 5.41000 | 19,508.46 |
| 5150070601 6/14 oz Crisco Spray | | | | | | |
| Lot No | | | | | | |
| 122660501 | | | | 193.0000 | | |
| 133760506 | | | | 1,025.0000 | | |
| 134060506 | | | | 2,388.0000 | | |
| CHEP | 0 | PALL | 18.0000 | 18.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 19,508.46 | 0.00 | 0.00 | 0.00 | 19,508.46 |
| | | | | TOTAL DUE | 19,508.46 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Purchase Order**

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Information:**

| | |
|---|---|
| PO Number: | 1242213 OX |
| Date | 12/07/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

Page 1 of 4

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

*\*\*SHIPMENT # ST 6526997 / OT 1242217\*\**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | **5150070601**    Delivery Date: 12/13/2021    Specifications # 5150070601*OP10    **CR 14 OZ PAN RELEASE SPRAY**      Release order against contract 00008633      Gross Price          USD      CA      20574.23    Part No. 15113896    RBD PURITAN OIL | 3803.00          15997.24 | CA          LB | USD 5.4100/1 CA | USD 20574.23 |

| | | | | |
|---|---|---|---|---|
| Net value incl. disc | USD 20574.23 | | Total Amount | USD 20574.23 |
| Other Charges | USD 0.00 | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                                                          **DATE**

_____
(Authorized Signature)



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847451

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/4/2022 |
| INVOICE NO | 158563 |

S O L D T O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P T O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE     4,617.76

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/18/2022 | 1/4/2022 | 00062866 | 12/7/2021 | FF00080786 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1242214/1242217 | MNS1 13:00 | 1/4/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000375015 | 0 | CASE | 868.0000 | 868.0000 | 5.32000 | 4,617.76 |
| 5150055018 6/12 oz Crisco Pro Spray | | | | | | |
| Lot No | | | | | | |
| 133760506 | | | | 820.0000 | | |
| 134060506 | | | | 48.0000 | | |
| CHEP | 0 | PALL | 5.0000 | 5.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,617.76 | 0.00 | 0.00 | 0.00 | 4,617.76 |
| | | | | TOTAL DUE | 4,617.76 |



**B&G Foods North America, Inc.**
4 Gatehall Dr.
Parsippany NJ 07054
www.bgfoods.com

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Purchase Order**

**Information:**

| | |
|---|---|
| PO Number: | 1242214 OX |
| Date | 12/07/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

Page 1 of 4

**Note**

**SHIPMENT # ST 6528997 / OT 1242217**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | 5150055018 | 868.00 | CA | USD 5.3700/1 CA | USD 4661.16 |
| | **Delivery Date: 12/13/2021** | | | | |
| | Specifications # 5150055018*OP10 | | | | |
| | CR 12 OZ COOKING PRO SPRAY | | | | |
| | Release order against contract 00008633 | | | | |
| | Gross Price          USD          CA          4661.16 | | | | |
| | Part No. 15113896 | 3128.57 | LB | | |
| | RBD PURITAN OIL | | | | |

| Net value incl. disc | USD 4661.16 | | | **Total Amount** | USD 4661.16 |
|---|---|---|---|---|---|
| Other Charges | USD 0.00 | | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                                                                 **DATE**

_____
(Authorized Signature)



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847451

(217)-286-3532

| | | |
|---|---|---|
| PAGE | 1 | |
| INVOICE DATE | 1/11/2022 | |
| INVOICE NO | 158633 | |

| SOLD TO | SHIP TO |
|---|---|
| JMS002<br>B&G<br>CRISCO CIN<br>5204 SPRING GROVE<br>CINCINNATI, OH 45217 | CINCINNATI<br>B&G<br>CRISCO CIN-S MURRAY ROAD<br>401 MURRAY ROAD<br>CINCINNATI, OH 45217 |

**TOTAL DUE**      22,776.44

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/25/2022 | 1/11/2022 | 00062852 | 12/6/2021 | FF00080738 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 1241774/1241874 | | MNS1 13:00 | | | 1/11/2021 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000360025 | 0 | CASE | 2,606.0000 | 2,606.0000 | 8.74000 | 22,776.44 |
| 5150011739 12/6 oz Crisco Orig Spry | | | | | | |
| Lot No | | | | | | |
| 133860503 | | | | 2.506.0000 | | |
| 134260503 | | | | 100.0000 | | |
| CHEP | 0 | PALL | 52.0000 | 52.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business..

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 22,776.44 | 0.00 | 0.00 | 0.00 | 22,776.44 |
| | | | | TOTAL DUE | 22,776.44 |



**B&G Foods North America, Inc.**
4 Galahail Dr.
Parsippany NJ 07054
www.bgfoods.com

**Bill To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Purchase Order**

**Vendor address**

FULL-FILL INDUSTRIES
400 N MAIN ST PO BOX 158
HENNING IL 61848-0158

**Information:**

| | |
|---|---|
| PO Number: | 1241774 OX |
| Date | 12/08/2021 |
| Vendor No: | 117513 |
| Currency: | USD |
| Payment Term: | Net 45 Days |
| Buyer: | SERVICE ACCOUNT - JOB SCHEDULE |
| Phone Number: | |
| Freight Terms: | |
| Delivery Instructions: | |

Page 1 of 4

**Ship To:**
RP FOODS
400 N MAIN ST
HENNING IL 61848

**Note**

**SHIPMENT # ST 6526482 / OT 1241874**

| Line | Material/Description | Quantity | UM | Net Price | Net Amount |
|---|---|---|---|---|---|
| 1 | 5150011739     **Delivery Date: 12/10/2021** | 2606.00 | CA | USD 8.8500/1 CA | USD 23063.10 |
| | Specifications # 5150011739*OP10 **CR 6 OZ ORIGINAL SPRAY** | | | | |
| | Release order against contract 00008633 | | | | |
| | Gross Price     USD    CA    23063.10 | | | | |
| | Part No. 16113896 RBD PURITAN OIL | 9606.45 | LB | | |

| | | | | |
|---|---|---|---|---|
| Net value incl. disc | USD 23063.10 | | **Total Amount** | USD 23063.10 |
| Other Charges | USD 0.00 | | | |

**Instructions to Vendor**

1. ALL PURCHASE ORDERS MUST BE CONFIRMED IN WRITING. PURCHASE ORDER NUMBERS MUST APPEAR ON INVOICES, SHIPPING NOTICES, AND PACKAGING.
2. INVOICES SHOULD INCLUDE DESTINATION OF THE SHIPMENT. PROCUREMENT CAN CONFIRM WHERE TO SEND INVOICES (MAILED AND/OR EMAILED) AS THE DISTRIBUTION VARIES ACROSS THE ORGANIZATION.
3. MOST B&G SITES REQUIRE DELIVERY APPOINTMENTS. CONTACT PROCUREMENT FOR THE DELIVERY PROCEDURES REQUIRED FOR THE SHIP TO LOCATION OF THIS ORDER.
4. TO BE IN COMPLIANCE WITH FSMA SANITARY TRANSPORTATION OF HUMAN FOOD, INCOMING B&G TRUCKLOAD SHIPMENTS MUST BE LOADED ONTO CLEAN TRAILERS THAT ARE FREE OF DAMAGE. TRAILERS MUST BE SEALED AT THE SUPPLIER'S FACILITY PRIOR TO DEPARTURE. IT IS THE RESPONSIBILITY OF THE SUPPLIER TO SEAL THE TRAILER. THE SEAL NUMBER MUST BE INTACT, DOCUMENTED, AND MATCH PAPERWORK UPON ARRIVAL TO B&G. OTHER SHIPMENTS (LTL, ETC.) MUST BE SECURED (EX. PADLOCKED, SEALED) TO PREVENT UNAUTHORIZED ENTRY. FAILURE TO COMPLY WITH THESE REQUIREMENTS WILL RESULT IN SHIPMENT REFUSAL AT B&G.

**SIGNATURE**                    **DATE**

(Authorized Signature)

 **GENERAL TERMS AND CONDITIONS FOR PURCHASE ORDER**

For suppliers interested in selling goods and/or services to B&G Foods, Inc. or any of its subsidiaries, this document sets forth the General Terms and Conditions for Purchase Orders for such goods and/or services (these "Terms and Conditions"). All Purchase Agreements and Orders (each as defined below) for foods and/or services are subject to these Terms and Conditions. By accepting any Order, Seller (as defined below) hereby agrees to these Terms and Conditions.

"Buyer" means B&G Foods, Inc., a Delaware corporation, or any of its subsidiaries that enters into a Purchase Agreement (as defined below) with Seller or issues an Order to Seller. "Seller" means the party that enters into a Purchase Agreement with Buyer or to whom the Order is issued. "Order" means a purchase order issued by Buyer and accepted by Seller for the purchase of Goods (as defined below) by Buyer from Seller. "Purchase Agreement" means the written purchase agreement, if any, signed by an authorized signatory of Buyer and Seller encompassing the Goods purchased in an Order. "Contract" means the Purchase Agreement, if any, and the Orders, together with these Terms and Conditions.

In the event of any conflict as between any provision of these Terms and Conditions and any Order, these Terms and Conditions shall control unless the Order specifically states that the provision in the Order will prevail. In the event of any conflict between any provision of the Purchase Agreement and these Terms and Conditions or an Order, the provision of the Purchase Agreement or an Order, the provision of the Purchase Agreement shall control.

"Goods" means any goods and/or services that are the subject of the Contract.

1.   No Minimums.  Buyer is not obligated to purchase any Goods from Seller and Seller acknowledges that there is no minimum volume guarantee to purchase any Goods from Seller unless stated otherwise in the Purchase Agreement or the applicable Order.

2.   Payment After Delivery.  Unless otherwise agreed, Buyer's payment is due only after delivery of all Goods. Buyer has the option to return excess deliveries or partial deliveries at Seller's expense. Seller agrees to reimburse Buyer for any expense incurred by Buyer by reason of Seller's failure to make shipments in accordance with and via routing shown on Buyer's Order. To support invoices, a copy of packing slip and a bill of lading bearing the Buyer's order number must accompany each shipment. Invoices not so supported are subject to return.

3.   Audit; Books & Records; Inspections; Rejected Products.

   a.   The Goods and the place of growing, manufacture or storage, as applicable, of the Goods ordered hereunder are subject to audit, review, inspection and test by Buyer or an agreed-upon third party at reasonable times and places either before or after acceptance. Acceptance shall not be conclusive as to latent defects, fraud or any other similar issue not known by Buyer.

   b.   Supplier shall prepare, maintain and retain complete and accurate books and records relating to the production, packaging, testing, storage and shipment of the Goods, rejected product supplies, rejected Goods, and production code accountability records, including shipments of Goods to Buyer, as required by these Terms & Conditions or as reasonably requested by Buyer. Seller shall also prepare, maintain and retain any other records required to be maintained under the Contract or required to be kept by all applicable federal, state or local laws and regulations.

   c.   All books and records prepared, maintained or retained by Seller pursuant to these Terms and Conditions shall be made available to B&G Foods and its representatives for inspection upon reasonable prior written notice at any time during Seller's regular business hours (except under emergency situations, in which case B&G Foods shall have immediate access). All such books and records shall be retained by Seller for a period of at least three (3) years, or longer if so required by all applicable federal, state or local laws or regulations or if reasonably requested by B&G Foods.

   d.   If shipment or prices are not in accordance with the Order or with the representations or guarantees made by Seller, shall be strictly observed by Seller. Time is of the essence for shipment and delivery of all Orders. In addition, Seller shall promptly pay or reimburse Buyer for all costs and Buyer may refuse to accept and pay for such shipments, or at Buyer's option, Buyer may accept partial delivery without liability beyond payment. All shipment and delivery dates damages incurred by Buyer, including, without limitation, costs for packaging, handling, transportation, recall, destruction, production, and other administrative costs including reasonable legal fees, which arise or result from the delivery of Goods by Seller that are not in accordance with the representations, warranties, specifications or any other term of the Contract.

   e.   Acknowledgment of receipt on packing slips, bills of lading or other documents shall not constitute acceptance. Goods that are delivered in quantity may be inspected by sampling. Seller shall be responsible for proper packing.

   f.   Buyer shall have a reasonable time after delivery for inspection, rejection, acceptance or revocation of acceptance of any delivery. Any inspection by Buyer shall not absolve Seller of any liability.

   g.   If any Goods are defective or otherwise not in conformity with the requirements of the Contract or specifications or are delivered in excess of the quantity ordered, Buyer may reject all or any portion of the Goods or require corrections or replacements. There shall be an adjustment of any payments made for rejected Goods, either by Seller's refund or by a deduction from Buyer's subsequent remittances. Rejected Goods shall be removed and the Goods shall be corrected or replaced promptly at Seller's expense and, if returned, shall be identified by Seller. If rejected Goods are not promptly replaced or if nonconforming Goods are not promptly corrected, Buyer may, at its option, elect to perform some or all of the following actions: (i) obtain such Goods or similar Goods elsewhere and charge Seller with any cost increase caused thereby; (ii) terminate the Contract or the applicable Order for default; (iii) accept the Goods at a reduced price; or (iv) seek other remedies and damages. If Buyer accepts partial delivery, the price shall be apportioned accordingly and Seller will refund the amount of all transportation costs, handling charges, or partial payments paid or incurred by Buyer on rejected Goods. Buyer shall have the right to offset any refunds due from Seller against any other amounts owing on other goods purchased from Seller.

4.   Representations and Warranties.

   a.   Seller represents, warrants and guarantees to Buyer that each Good shipped or delivered by Seller to or on the order of Buyer, shall, as of the date of such shipment or delivery:

      i.   have been grown, manufactured, produced, packaged, stored, sold, shipped and delivered, as applicable, under sanitary conditions and in compliance with all applicable federal, state and local laws and regulations of the United States, including, without limitation, the U.S. Federal Food, Drug and Cosmetic Act, as amended (the "FFDCA") and all food safety and labeling, antitrust, environmental, export/import, occupational health and safety, labor and immigration laws and regulations;

      ii.   not be adulterated or misbranded within the meaning of the FFDCA and the regulations issued under the FFDCA;

      iii.   if applicable, not be adulterated or misbranded within the meaning of the Federal Meat Inspection Act, as amended ("FMIA"); or the Poultry Products Inspection Act, as amended ("PPIA");

      iv.   not be an article that may not, under the provisions of the FFDCA, FMIA or PPIA, be introduced into interstate commerce;

      v.   if applicable, be in compliance with the U.S. Federal Insecticide, Fungicide and Rodenticide Act, as amended;

      vi.   if the Good is food packaging product, be safe for use as food contact packaging; comply with all applicable food packaging requirements of the FFDCA and the regulations issued under such Act; and be new;

      vii.   not contain a listed chemical for which a warning is required under the California Safe Drinking Water and Toxic Enforcement Act of 1986, as amended ("Proposition 65");

      viii.   conform to the quality standards and specifications to which the parties have agreed or will from time to time agree in writing;

      ix.   be free from defects, latent or otherwise, in design, material and workmanship;

      x.   not infringe upon, violate or misappropriate the intellectual property rights of any third party.

Last revised 11 August, 2015

b.  Seller represents, warrants and guarantees that the Goods are at least equal in every respect to any sample or specification submitted, and Buyer may reject and return at Seller's expense any Goods which, in the opinion of Buyer, are not at least equal quality in every respect to the sample and specifications.

c.  Seller represents, warrants and guarantees that:

i.  Seller currently complies with and in the future shall comply with all applicable federal and state occupational health and safety, labor and immigration laws;

ii.  Seller does not currently, and will not in the future, use any forced labor or child labor as part of its labor force, and shall not allow any forced labor or child labor in its business or in its supply chain; and

iii.  Seller does not currently and shall not in the future, allow any human trafficking in its business or in its supply chain.

5.  Recall.  Buyer has the sole right, in its discretion, to initiate and direct the content and scope of a recall, market withdrawal, stock recovery, product correction, or advisory safety communication (any one or more referred to as a "Recall Action") regarding the Goods and any product incorporating the Goods.  At Buyer's option, Buyer may direct Seller to, and upon such direction Seller shall, conduct such Recall Action.  Buyer shall determine, in its discretion, the manner, text, and timing of any publicity to be given such matters.  If a Recall Action is initiated or directed by Buyer, Seller shall fully cooperate and take all such steps as are reasonably requested to implement the Recall Action in a timely and complete manner.  Any and all action taken in connection with a Recall Action shall be in accordance with FDA policies and other laws.  In addition to any other remedy under law or provided in the Contract, Seller shall bear the costs associated with: (a) any Recall Action that results from the Goods, or Seller's actions or inactions; or (b) Goods that do not comply with the Contract.

6.  Services.

a.  Seller shall provide services purchased in any Purchase Agreement or Order in accordance with the Contract.  If the Contract describes services in a general or non-specific manner, the services will include not only those Services specifically described in such Contract but also those that are an inherent, necessary or a customary part of those Services.  Except as provided by the Contract, Seller will be responsible for all materials, facilities, equipment, software and other resources required to provide the Services and Seller shall ensure that all equipment used in connection with the Contract is maintained in good working order and in compliance with the manufacturer's instructions and current regulations.

b.  Seller represents and warrants that any services performed by the Seller (or its duly appointed sub-contractor) will comply to all applicable statutory rules and regulations and shall not infringe or misappropriate any patents, copyrights, trademarks, trade names, trade secrets or other intellectual property rights and be performed (i) in a good, timely, efficient, professional and workmanlike manner using then-current technology, (ii) using sufficient numbers of personnel who have suitable competence, ability, education, training and other qualifications for any assigned roles, (iii) with at least the degrees of accuracy, quality, efficiency, completeness, timeliness and responsiveness as are equal to or higher than the accepted industry standards applicable to the performance of the same or similar services, and (iv) in compliance with the requirements of the Contract.

c.  Seller shall ensure that the Seller personnel, while assigned to provide services or otherwise visiting or accessing Buyer's facilities, will (i) comply with Buyer's then-current environmental, health, safety, and security policies and procedures and other policies and regulations applicable to Buyer's personnel at those facilities, (ii) comply with all reasonable requests of Buyer's personnel, as applicable, pertaining to personal and professional conduct, and (iii) otherwise conduct themselves in a professional and businesslike manner.

d.  In the event the services do not conform with the Contract and the stipulations in the Contract, Buyer shall, without prejudice to any of its other rights or remedies, have the right to (i) terminate the Contract in whole or in part without liability by notice effective when received by Seller as to services not yet performed, (ii) refuse to accept any subsequent performance of the services that seller attempts to make, (iii) suspend any payment obligation in respect to the services, and (iv) purchase services to correct or replace the non-conforming services from an alternative provider after giving

Seller notice and charge Seller any cost incurred.

7.  Indemnification.  Seller agrees to indemnify, defend and hold harmless Buyer and its directors, officers, employees and customers (each, an "Indemnitee"), from and against any and all actions, suits, claims and proceedings (each, a "Claim"), and any judgments, damages, fines, costs and expenses, including reasonable attorneys' fees (each, a "Loss") resulting therefrom:

a.  brought or commenced by any foreign, federal, state or local governmental authority or any other person or entity against any Indemnitee alleging that any Goods shipped or delivered by Seller to or on the order of Buyer, did not meet the representations set forth in Paragraph 4 of these Terms and Conditions; or

b.  brought or commenced by any person or entity against any Indemnitee for the recovery of damages, including but not limited to damages for the injury, illness or death of any person or damages to property arising out of or alleged to have arisen out of:

i.  the delivery, sale, resale, labeling, use or consumption, as applicable, of any Goods shipped or delivered by Seller to or on the order of Buyer; or

ii.  the negligent acts or omissions or willful misconduct of Seller in connection with any Goods shipped or delivered by Seller to or on the order of Buyer;

provided, however, that Seller's indemnification obligations hereunder shall not apply to the extent any such Claim or Loss is caused by the negligent act or omission or willful misconduct of Buyer.

8.  Confidentiality.  Seller agrees to keep in confidence any confidential or proprietary information disclosed by Buyer, including, without limitation, any information (i) regarding manufacturing processes, pricing, proprietary formulas, specifications and packaging concepts and other similar information relating to the Buyer's products, (ii) these Terms and Conditions or the terms and conditions of the Contract and (iii) the identity of Buyer's customers (the "Confidential Information"), and Seller may not disclose to or use for the benefit of any third party or for the benefit of Seller any of the Confidential Information.  Seller further agrees that it shall use the same degree of care which it normally uses to protect its own proprietary information to prevent disclosing the Confidential Information to third parties.

9.  Termination.

a.  Termination for Convenience.  Buyer reserves the right to terminate any Order for convenience, in whole or in part, at any time.  Upon notification by Buyer, Seller shall immediately stop all work and shall immediately cause any of its suppliers and/or subcontractors to cease such work.  Seller shall be paid a reasonable termination charge consisting of a percentage of the applicable Order price reflecting the percentage of the work performed prior to the notice of termination, plus actual direct costs resulting from termination.  Seller shall not be paid for any work done after receipt of the notice of termination, or for any costs incurred by Seller's suppliers and/or subcontractors which Seller reasonably could have avoided.  Notwithstanding the foregoing, in no event shall Seller be entitled to an amount greater than what Buyer would have paid absent the termination.

b.  Termination for Cause.  B&G Foods may terminate any Order, in whole or in part, in the event of (i) any default by Seller, (ii) Seller's failure to comply with these Terms and Conditions, or (iii) Seller's failure to comply with any specific terms and conditions contained in an applicable Order.  Late deliveries, deliveries of non-conforming Goods and/or performance of non-conforming services, and/or failure to provide Buyer, upon request, reasonable assurances of future performance, shall all be bases for Buyer's right to termination for cause.  In the event Buyer terminates an Order for cause, Buyer shall not be liable to Seller for any amount, and Seller shall be liable to Buyer for any and all damages sustained by reason of Seller's default which gave rise to the termination.

c.  Termination for Financial Insecurity.  Buyer may terminate any Order, in whole or in part, as of the date specified in a termination notice if (i) Seller fails to vacate an involuntary bankruptcy, insolvency or reorganization petition or petition for an arrangement or composition with creditors filed against Seller within thirty (30) days after the date of such filing, or files such a petition on a voluntary basis, or (ii) Seller makes an assignment for the benefit of creditors, or (iii) Seller fails to vacate the appointment of a receiver or trustee for Seller or for any interest in Seller's business within thirty (30) days after such appointment, or (iv) Seller's interests or rights under the Contract, or any part thereof, pass to another by operation of law, or (vi) Seller ceases to do business as a going concern or ceases to conduct its operations in the normal course of business, or (vii) makes any material misstatement as to its financial condition.

- 3 -

10. Force Majeure. Seller shall not be liable for delays in delivery caused by fire, flood, tempest, earthquake, war, riot or act of God (each, a "Force Majeure Event"). If the Force Majeure event causes an extension of the delivery time, Buyer may terminate the Order with respect to such Goods without penalty. Undelivered orders are also subject to cancellation or postponement after reasonable notice at Buyer's option in the event of fire, flood, tempest, earthquake, war, riot, strikes, act of God, or Buyer's discontinuance or suspension of business.

11. Price. If price is omitted from the Contract, Seller must notify Buyer in writing before shipment is made of the price for the Goods described in the Contract. If Buyer does not approve such price in writing, it shall have the right to cancel the Order by written notice to Seller, without further liability on its part. If price is stated in the Contract, it is a firm price. Seller agrees to give Buyer the benefit of any reduction in such price if it should reduce its prices on Goods of a similar size, quantity and quality as the Goods sold to Buyer prior to shipment or delivery to Buyer. If prior to shipment Seller increases its prices on the same or similar Goods it must notify Buyer in writing before shipment is made, in which event Buyer shall have the right either to cancel the Order without further liability on its part or to accept the price increase. The prices stated in the Contract shall include all applicable taxes levied or assessed with respect to the production, sale or use of the Goods covered by the Contract. Buyer reserves the right to issue, in lieu of payment of any such tax, a tax exemption certificate acceptable to the taxing agency.

12. Title. Title to the Goods shall pass to Buyer, f.o.b. Buyer's warehouse or facilities, unless otherwise stated in the Purchase Agreement or Order. Seller represents and warrants that good title to the Goods will pass free and clear of all charges, claims and liens of any nature. Seller bears all risk of loss or damage to the Goods until delivery of the Goods to Buyer's warehouse or facilities or other location set forth in the Purchase Agreement or Order.

13. No Additional Charges. Seller will not charge and Buyer will not pay for cartage, packing, packing cases, reels, drums or other extras of any nature except when such charges are authorized by Buyer in writing.

14. Cumulative Remedies. The rights and remedies under the Contract are cumulative and are in addition to and not in substitution for any other rights and remedies available under the Uniform Commercial Code of the State of New York, at law or in equity or otherwise. Buyer hereby notifies Seller that Buyer rejects any attempt by Seller to limit or condition its liability for breaches or damages arising out of its performance or non-performance of the Contract.

15. Waiver. No waiver by any party of any of the provisions of the Contract shall be effective unless explicitly set forth in writing and signed by the party so waiving. Except as otherwise set forth in the Contract, no failure to exercise, or delay in exercising, any rights, remedy, power or privilege arising from the Contract shall operate or be construed as a waiver thereof. nor shall any single or partial exercise of any right, remedy, power or privilege hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy, power or privilege.

16. Relationship of the Parties. The relationship between the parties is that of independent contractors. Nothing contained in the Contract shall be construed as creating any agency, partnership, joint venture or other form of joint enterprise, employment or fiduciary relationship between the parties. and neither party shall have authority to contract for or bind the other party in any manner whatsoever. No relationship of exclusivity shall be construed from the Contract.

17. Subcontractors. Seller will not subcontract any of its obligations without obtaining Buyer's prior written approval. Notwithstanding any approval by Buyer, Seller will remain solely responsible for all of its obligations and will be liable for any subcontractor's failure to perform or abide by the provisions of the Contract.

18. Severability. If any term or provision of the Contract is invalid, illegal or unenforceable in any jurisdiction, such invalidity, illegality or unenforceability shall not affect any other term or provision of the Contract or invalidate or render unenforceable such term or provision in any other jurisdiction.

19. Entire Agreement. The Contract constitutes the entire agreement between the parties regarding the Goods referred to in the Contract, and supersedes all previous oral or written negotiations and understandings regarding the subject matter of the Contract, provided, however, any separate confidentiality agreement, product guaranty or hold harmless agreement between the parties or by Seller in favor of Buyer relating to the relationship of the parties or sale and purchase of the Goods shall remain in full force and effect.

20. Intellectual Property. Buyer shall solely own, and Seller hereby irrevocably assigns and transfers all right, title, and interest in and to, any and all: (i) deliverables, designs, results, technical information, technical drawings, source code, or other materials created by or for Seller in connection with the Goods at or in response to Buyer's request, excluding Seller's pre-existing confidential information and intellectual property, (collectively, "Work Product"), as works made for hire immediately upon creation of such Work Product, and (ii) trademarks, trade names, trade dress, copyrights, patents and applications thereof ("Intellectual Property") based on the Work Product. Seller shall take all necessary steps to assign and transfer to Buyer its entire right, title, and interest in and to the Work Product and Intellectual Property. Seller shall obtain from its employees or non-employee individuals a full assignment of rights so that the Seller's assignment will vest in Buyer full rights in the Work Product and Intellectual Property, free of any claims, interest, or rights of third parties. Seller understands and agrees that nothing in the Contract or in the disclosure of Buyer's confidential information shall convey ownership, title, or any other rights for license thereto to Seller or any person in privity therewith to any Intellectual Property or other proprietary right of Buyer, including, without limitation, trade secrets, inventions and patent rights.

21. Publicity. Seller will not, without Buyer's prior written consent, (i) use any name, trademark, service mark, trade dress, logo or other identifying marks of Buyer in any sales, marketing or publicity activities or materials, and/or (ii) issue any public statement regarding its relationship with Buyer.

22. Amendments. The Contract may not be amended or modified except in writing, signed by the Buyer and the Seller.

23. Governing Law. The Contract and any claim, controversy or dispute arising under or related to the Contract (whether for breach of contract, tortuous conduct or otherwise) shall be governed and construed in accordance with the laws of the State of New York, without reference to its conflicts of law principles (other than Section 5-1401 of the General Obligations Law of the State of New York). Buyer and Seller agree that the United Nations Convention on Contracts for the International Sale of Goods shall be specifically excluded from application to any Order.

24. Jurisdiction. Any legal suit, action or proceeding arising out of or based upon the Order or the transactions contemplated thereby shall be brought in the Federal Courts of the United States of America or the courts of the State of New York in each case located in the City of New York City and County of New York, and each party irrevocably submits to the exclusive jurisdiction of such courts in any such suit, action or proceeding. Service of process, summons, notice or other document by mail to such party's address set forth in the Purchase Agreement or Order (with, in the case of notices to Buyer, a copy to B&G Foods, Inc., 4 Gatehall Drive, Parsippany, NJ 07054, Attn: General Counsel) shall be effective service of process for any suit, action or other proceeding brought in any such court. The parties irrevocably and unconditionally waive any objection to the laying of venue of any suit, action or any proceeding in such courts and irrevocably waive and agree not to plead or claim in any such court that any such suit, action or proceeding brought in any such court has been brought in an inconvenient forum.

25. Limitation of Buyer's Liability; Statute of Limitations. In no event shall Buyer be liable to Seller for any indirect, incidental, consequential, punitive, special, or exemplary damages or penalties of any description, regardless of the form of the action or the theory of recovery, even if Buyer has been advised of the possibility of those damages. Buyer's liability on any claim of any kind for any loss or damage arising out of or in connection with or resulting from any Order, or from the performance or breach thereof, shall in no case exceed the price allocable to the Goods which gives rise to the claim. Any action resulting from any breach on the part of Buyer as to the Goods purchased under any Order must be commenced within one (1) year after the cause of action has accrued. This paragraph 25 is not intended to limit or exclude Buyer's liability for any matter for which liability cannot be limited or excluded by law.

26. Assignment. Seller may not assign any of its rights or obligations under the Contract (whether by operation of law, change of control or otherwise) without Buyer's prior written consent. Should Seller attempt to assign any of its rights or obligations under the Contract by operation of law or as a result of a change in control without such consent, the entity that assumes such assignment shall be bound by the terms and conditions of the Contract, provided, however, that Buyer may, at its option, terminate the Contract without penalty. Any other attempted assignment or delegation without Buyer's consent shall be null and void and of no force or effect.

27. Survival. All representations and warranties of Seller, all rights and remedies of Buyer and any other provisions of the Contract which by their express terms or by implication are to survive, shall survive any (a) inspection, delivery acceptance or payment and (b) expiration, termination or cancellation of the Contract.

28. Equal Employment Opportunity. Seller agrees to comply with all appropriate provisions of Executive Order 11246, Section 503 of the Rehabilitation Act of 1973 and Section 402 of the Vietnam Era Veteran's Readjustment Assistance Act of 1974, in each case as amended or supplemented

29. Supplier Code of Conduct. Seller agrees to comply with Buyer's Supplier Code of Conduct, as the same may be amended from time to time, and which can be found at www.bgfoods.com/about/responsibility and is incorporated herein by reference.



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847401

(217)-286-3532

PAGE 1

INVOICE DATE 12/28/2021
INVOICE NO 158533

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE 44,256.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | | |
|------|------|----------|---------------|----------|------------|---------|---|---|
| | | 2/11/2022 | 12/28/2021 | 00063043 | 12/22/2021 | FF00080705 | | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | SHIP DATE |
|-------------------|----------------|----------|---|-----------|
| NET 45 | 1245307/1245262 | MNS1 14:30 | | 12/28/2021 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|---|-------|-------|---------|---------|------------|-----------|
| 1000361025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 9.22000 | 44,256.00 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 133760503 | | | | | 2,000.0000 | | |
| 134360503 | | | | | 100.0000 | | |
| 134460503 | | | | | 2,700.0000 | | |
| CHEP | | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---------|------------|---------|-----------|------|-------|
| | 0.00 | 44,256.00 | 0.00 | 0.00 | 0.00 | 44,256.00 |
| | | | | | TOTAL DUE | 44,256.00 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/11/2022 |
| INVOICE NO | 158634 |

S O L D   T O
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P   T O
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**  24,755.70

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/25/2022 | 1/11/2022 | 00063044 | 12/22/2021 | FF00080799 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245263/1246308 | MNS1 13:00 | 1/11/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000361025 | 0 | CASE | 2,685.0000 | 2,685.0000 | 9.22000 | 24,755.70 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | |
| Lot No | | | | | | |
| 133660503 | | | | 200.0000 | | |
| 133760503 | | | | 1,600.0000 | | |
| 134360503 | | | | 800.0000 | | |
| 134460503 | | | | 85.0000 | | |
| CHEP | 0 | PALL | 54.0000 | 54.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 24,755.70 | 0.00 | 0.00 | 0.00 | 24,755.70 |
| | | | | TOTAL DUE | 24,755.70 |

**FULLFILL** INDUSTRIES, LLC
CU-RSPO SCC-847461

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/17/2022 |
| INVOICE NO | 158697 |

S O L D T O
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P T O
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**      19,334.34

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 3/3/2022 | 1/17/2022 | 00063192 | 1/12/2022 | FF00080970 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1248096/1248098 | MNS1 11:30 | 1/17/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000361025 | 0 | CASE | 2,097.0000 | 2,097.0000 | 9.22000 | 19,334.34 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | |
| Lot No | | | | | | |
| 133760503 | | | | 198.0000 | | |
| 134360503 | | | | 1,899.0000 | | |
| CHEP | 0 | PALL | 42.0000 | 42.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 19,334.34 | 0.00 | 0.00 | 0.00 | 19,334.34 |
| | | | | TOTAL DUE | 19,334.34 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPD SCC-847461

(217)-288-3532

| | | |
|---|---|---|
| PAGE | 1 | |
| INVOICE DATE | 1/5/2022 | |
| INVOICE NO | 158583 | |

**S O L D T O**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**S H I P T O**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE      24,820.24

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/19/2022 | 1/5/2022 | 00063045 | 12/22/2021 | FF00080807 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245267/1245314 | MNS1 14:30 | 1/5/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000361025 | | 0 | CASE | 2,692.0000 | 2,692.0000 | 9.22000 | 24,820.24 |
| 5150072004 12/6 oz Crisco Butr Spry | | | | | | | |
| Lot No | | | | | | | |
| 133760503 | | | | | 192.0000 | | |
| 134360503 | | | | | 2,500.0000 | | |
| CHEP | | 0 | PALL | 27.0000 | 27.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 24,820.24 | 0.00 | 0.00 | 0.00 | 24,820.24 |
| | | | | TOTAL DUE | 24,820.24 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-288-3532

| | | |
|---|---|---|
| **PAGE** | | 1 |
| **INVOICE DATE** | | 1/5/2022 |
| **INVOICE NO** | | 158584 |

**S O L D T O**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**S H I P T O**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**     39,655.20

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/19/2022 | 1/5/2022 | 00063046 | 12/22/2021 | FF00080817 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 1245316/ | | MNS1 13:00 | | | 1/5/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000377015 | | 0 | CASE | 5,330.0000 | 5,330.0000 | 7.44000 | 39,655.20 |
| 5150055026 6/12 oz Crisco Grl Mestr | | | | | | | |
| Lot No | | | | | 5,330.0000 | | |
| 134460506 | | | | | | | |
| CHEP | | 0 | PALL | 26.0000 | 26.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 39,655.20 | 0.00 | 0.00 | 0.00 | 39,655.20 |
| | | | | **TOTAL DUE** | 39,655.20 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847461

(217)-286-3532

| PAGE | 1 |
| --- | --- |
| INVOICE DATE | 1/6/2022 |
| INVOICE NO | 158594 |

**S O L D T O**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**S H I P T O**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE** 39,655.20

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2/20/2022 | 1/6/2022 | 00063047 | 12/22/2021 | FF00080822 | |

| TERMS DESCRIPTION | | SHIP VIA | | SHIP DATE |
| --- | --- | --- | --- | --- |
| NET 45 | CUSTOMER PO NO: 1245318 | MNS1 10:30 | | 1/6/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- |
| 1000377015 | 0 | CASE | 5,330.0000 | 5,330.0000 | 7.44000 | 39,655.20 |
| 5150055026 6/12 oz Crisco Grl Mastr | | | | | | |
| Lot No | | | | | | |
| 134460506 | | | | 1,367.0000 | | |
| 135060506 | | | | 3,983.0000 | | |
| CHEP | 0 | PALL | 27.0000 | 27.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 39,655.20 | 0.00 | 0.00 | 0.00 | 39,655.20 |
| | | | | TOTAL DUE | 39,655.20 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847451

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/11/2022 |
| INVOICE NO | 158635 |

S O L D
T O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S H I P
T O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE      46,871.49

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/25/2022 | 1/11/2022 | 00063048 | 12/22/2021 | FF00080909 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 1245329 | | MNS1 13:00 | | | 1/11/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000377015 | | 0 | CASE | 1,041.0000 | 1,041.0000 | 7.44000 | 7,745.04 |
| 5150055026 6/12 oz Crisco Grl Mastr | | | | | | | |
| Lot No | | | | | | | |
| 134460506 | | | | | 538.0000 | | |
| 135060506 | | | | | 503.0000 | | |
| 1000362025 | | 0 | CASE | 3,093.0000 | 3,093.0000 | 12.65000 | 39,126.45 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | | |
| Lot No | | | | | | | |
| 134760503 | | | | | 3,093.0000 | | |
| CHEP | | 0 | PALL | 67.0000 | 67.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 46,871.49 | 0.00 | 0.00 | 0.00 | 46,871.49 |
| | | | | | TOTAL DUE | 46,871.49 |



**FULLFILL**
INDUSTRIES, LLC
CU-RSPO SCC-847451

Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| PAGE | 1 |
|---|---|
| INVOICE DATE | 1/6/2022 |
| INVOICE NO | 158595 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**    24,194.40

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/20/2022 | 1/6/2022 | 00063049 | 12/22/2021 | FF00080830 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245264/1245310 | MNS1 13:00 | 1/6/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000388015 | 0 | CASE | 4,080.0000 | 4,080.0000 | 5.93000 | 24,194.40 |
| 5150070604 6/17 oz Crisco Pro Spray | | | | | | |
| Lot No | | | | | | |
| 134460501 | | | | 272.0000 | | |
| 134560501 | | | | 3,085.0000 | | |
| 134960508 | | | | 723.0000 | | |
| CHEP | 0 | PALL | 30.0000 | 30.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 24,194.40 | 0.00 | 0.00 | 0.00 | 24,194.40 |
| | | | | TOTAL DUE | 24,194.40 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Hanning, IL 61848-0158

CU-RSPO SCC-847461

(217)-286-3532

| | | |
|---|---|---|
| PAGE | 1 | |
| INVOICE DATE | 1/6/2022 | |
| INVOICE NO | 158596 | |

**S O L D T O**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**S H I P T O**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**     24,194.40

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/20/2022 | 1/6/2022 | 00083050 | 12/22/2021 | FF00080839 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245265/1245311 | MNS1 14:30 | 1/6/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000388015 | | 0 | CASE | 4,080.0000 | 4,080.0000 | 5.93000 | 24,194.40 |
| 5150070604 6/17 oz Crisco Pro Spray | | | | | | | |
| Lot No | | | | | | | |
| 134460501 | | | | | 304.0000 | | |
| 134560501 | | | | | 1,192.0000 | | |
| 134960506 | | | | | 1,982.0000 | | |
| 135060506 | | | | | 602.0000 | | |
| CHEP | | 0 | PALL | 30.0000 | 30.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 24,194.40 | 0.00 | 0.00 | 0.00 | 24,194.40 |
| | | | | TOTAL DUE | 24,194.40 |



**Full-Fill Industries**
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-647481

(217)-286-3532

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 1/11/2022 |
| **INVOICE NO** | 158636 |

| | |
|---|---|
| **S** JMS002 | **S** CINCINNATI |
| **O** B&G | **H** B&G |
| **L** CRISCO CIN | **I** CRISCO CIN-S MURRAY ROAD |
| **D** 5204 SPRING GROVE | **P** 401 MURRAY ROAD |
| CINCINNATI, OH 45217 | CINCINNATI, OH 45217 |
| **T** | **T** |
| **O** | **O** |

**TOTAL DUE**   12,298.82

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/25/2022 | 1/11/2022 | 00063051 | 12/22/2021 | FF00060847 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245268/1245315 | MNS1 13:00 | 1/11/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000388015 | 0 | CASE | 2,074.0000 | 2,074.0000 | 5.93000 | 12,298.82 |
| 5150070604 6/17 oz Crisco Pro Spray | | | | | | |
| Lot No | | | | | | |
| 134960506 | | | | 680.0000 | | |
| 135060506 | | | | 1 394.0000 | | |
| CHEP | 0 | PALL | 16.0000 | 16.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 12,298.82 | 0.00 | 0.00 | 0.00 | 12,298.82 |
| | | | | **TOTAL DUE** | 12,298.82 |

**FULLFILL** INDUSTRIES, LLC

CU-RSPO SCC-847461

Full-Fill Industrios
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/7/2022 |
| INVOICE NO | 158606 |

SOLD TO:
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

SHIP TO:
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE**  60,720.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/21/2022 | 1/7/2022 | 00063052 | 12/22/2021 | FF00080842 | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 1245321 | | MSN 1 10:30 | | | 1/7/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000362025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 12.65000 | 60,720.00 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | | |
| Lot No | | | | | | | |
| 132360506 | | | | | 100.0000 | | |
| 134460503 | | | | | 1,387.0000 | | |
| 134560503 | | | | | 2,713.0000 | | |
| 134760503 | | | | | 600.0000 | | |
| CHEP | | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 60,720.00 | 0.00 | 0.00 | 0.00 | 60,720.00 |
| | | | | TOTAL DUE | 60,720.00 |



**Full-Fill Industries**
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847451

(217)-286-3532

| PAGE | 1 |
|---|---|
| INVOICE DATE | 1/10/2022 |
| INVOICE NO | 158617 |

**SOLD TO**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

TOTAL DUE    60,720.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | |
|---|---|---|---|---|---|---|---|
| | | 2/24/2022 | 1/10/2022 | 00063053 | 12/22/2021 | FF00080868 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | | SHIP DATE |
|---|---|---|---|---|
| NET 45 | 1245325 | MNS113:00 | | 1/10/2022 |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1000362025 | | 0 | CASE | 4,800.0000 | 4,800.0000 | 12.65000 | 60,720.00 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | | |
| Lot No | | | | | | | |
| 134560503 | | | | | 1,200.0000 | | |
| 134760503 | | | | | 3,600.0000 | | |
| CHEP | | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 60,720.00 | 0.00 | 0.00 | 0.00 | 60,720.00 |
| | | | | TOTAL DUE | 60,720.00 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-447481

(217)-288-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/10/2022 |
| INVOICE NO | 158618 |

**SOLD TO:**
JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

**SHIP TO:**
CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE** 60,720.00

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO |
|---|---|---|---|---|---|---|
| | | 2/24/2022 | 1/10/2022 | 00063054 | 12/22/2021 | FF00080864 |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA | SHIP DATE |
|---|---|---|---|
| NET 45 | 1245327/ | MNS1 11:00 | 1/10/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000362025 | 0 | CASE | 4,800.0000 | 4,800.0000 | 12.65000 | 60,720.00 |
| 5150070583 12/5 oz Crisco Oliv Spry | | | | | | |
| Lot No | | | | | | |
| 134460503 | | | | 1,500.0000 | | |
| 134580503 | | | | 2,757.0000 | | |
| 134760503 | | | | 543.0000 | | |
| CHEP | 0 | PALL | 96.0000 | 96.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 60,720.00 | 0.00 | 0.00 | 0.00 | 60,720.00 |
| | | | | TOTAL DUE | 60,720.00 |



Full-Fill Industries
400 N. Main St
P.O. Box 158
Henning, IL 61848-0158

CU-RSPO SCC-847481

(217)-286-3532

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 1/7/2022 |
| INVOICE NO | 158607 |

S
O
L
D
T
O

JMS002
B&G
CRISCO CIN
5204 SPRING GROVE
CINCINNATI, OH 45217

S
H
I
P
T
O

CINCINNATI
B&G
CRISCO CIN-S MURRAY ROAD
401 MURRAY ROAD
CINCINNATI, OH 45217

**TOTAL DUE  33,142.08**

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP NO | | |
|---|---|---|---|---|---|---|---|---|
| | | 2/21/2022 | 1/7/2022 | 00063055 | 12/22/2021 | FF00080850 | | |

| TERMS DESCRIPTION | | CUSTOMER PO NO | | SHIP VIA | | | SHIP DATE |
|---|---|---|---|---|---|---|---|
| NET 45 | | 1245266/1245312 | | MNS1 @14:30 | | | 1/7/2022 |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1000360025 | 0 | CASE | 3,792.0000 | 3,792.0000 | 8.74000 | 33,142.08 |
| 5150011739 12/6 oz Crisco Orig Spry | | | | | | |
| Lot No | | | | | | |
| 133860503 | | | | 99.0000 | | |
| 134260503 | | | | 3,693.0000 | | |
| CHEP | 0 | PALL | 76.0000 | 76.0000 | 0.00000 | 0.00 |
| Chep MK 55 Pallet | | | | | | |

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 33,142.08 | 0.00 | 0.00 | 0.00 | 33,142.08 |
| | | | | TOTAL DUE | 33,142.08 |